| | U.S. DISTRICT COURT |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 | <br>FILED<br>APR 1 9 2018<br>LAWRENCE K. BAERMAN, CLERK<br>ALBANY |
| **Garnishments in USDC DC**<br><br>*On and for the behalf of the*<br><br>**UNITED STATES** | |
| **Copy to:** Chief Justice John Glover ROBERTS in chambers; 1 First Street NE; Washington DC; 20543<br><br>United Nations Secretary General António GUTERRES<br>405 E 42nd Street (46th St & 1st Ave)<br>New York, NY 10017 | [18-mc-7 *In re: David Merrill*] |
| **REFUSAL FOR CAUSE** | original |

COMES NOW, David Merrill of the family VAN PELT, a PATROON, hereinafter "David Merrill", speaking in ministerial capacity for several garnishments in the United States District Court for the District of Columbia, and as private attorney general and Patroon. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

  This Remand plainly ORDERS that chief justice of the US Supreme Court John Glover ROBERTS is to visit in the limited capacity only, to oversee that there is no clerk tampering or coercion in executing the Remand, garnishments and writ of enforcement of the $20M lien collection according to rules and law. Longino Idrogo has continued FOIA request for ROBERTS' oath of office from the Department of Justice and that may take until about the end of the month to know if ROBERTS is properly bonded or not. The clerk is expected to continue process of garnishment, "*USA v. SEALED DEFENDANT NAME...*" and summons in the meanwhile. Managing the publication of PACER process has no effect in law, as attached is the

original Refusal for Cause on the oaths of office for Lawrence E. KAHN, pretend Senior Judge whose name appears on this Case#18-mc-7 Remand docket report. [Please correct my mailing location to: 720 N. 10th St; STE A] KAHN has no authority to terminate, dismiss, or in any way dispose of this matter.

    **Clerk of Court;** Please file and publish this Refusal for Cause on PACER. I am willing to keep the publication relatively quiet in conformity with Our ministerial mission statement so long as you, Lawrence K. BAERMAN stay in honor by abiding in the Rules. My desire is to protect the good faith and credit of the USA and for the benefit of the United States, in honor.

Thank you,

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

_____

Redeemed Trustee of the Resulting Trust



State of WA
County Of King

I certify that I know or have satisfactory evidence that David Merrill (is) are the person who appeared before me, and signed and sworn on 4/12/2018 (date).

_____  5/4/2018
Signature Notary Public    Commission Expires

**This page has been altered to demonstrate that if the DoJ produces no oath for ROBERTS he was not bonded at the time of this TRUMP inauguration.**

## CANCELLATION - REFUSAL FOR CAUSE



For so thing to t en ass c , there seems a shroud of secrec ti ur RRT H

# Certificate of Mailing

Original to:

USDC NY - Albany-BAERMAN
445 Broadway; STE #509
Albany NY. 12207

Copies to:

USSC US in DC-ROBERTS
1 First Street, NE
Washington, DC 20543

Served Registered Mail #

UN NY-GUTERRES
405 E 42nd Street (46th St & 1st Ave)
New York, NY 10017

Served by USPS Mail #

Secrétariat du Club de Paris
Odile Renaud BASSO
139, rue de Bercy
Télédoc 551
75572 Paris Cédex 12 - France



**STATE OF WASHINGTON
DEPARTMENT OF LICENSING**

## AFFIDAVIT OF LICENSURE

STATE OF WASHINGTON)
                    )S.S
COUNTY OF THURSTON)

I, Kim Summers, certify that on May 23, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

**Thomas W. Hardy**

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on July 14, 2010 with an expiration date of May 4, 2014. The notary public appointment was renewed beginning May 4, 2014 with an expiration date of May 4, 2018.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.

_Kim Summers_                                        5/23/16
Kim Summers, Manager                                Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-1550 or, for the hearing impaired, TTY (360) 664-8885.

# APPOINTMENT AFFIDAVITS

COPY — No OMB#!

U.S. District Judge — August 2, 1996

Judiciary — No. ___ District of NY — Albany, New York

LAWRENCE E. KAHN, do solemnly swear (or affirm) that—

**A. OATH OF OFFICE**
I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

**B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT**
I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

**C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE**
I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Subscribed and sworn (or affirmed) before me this 2nd day of August, 19 96,

at Albany, New York

[SEAL]

Albany Division Manager

Commission expires ___

NOTE.— The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only those words may be stricken and only when the appointee elects to affirm the affidavits.

There is no OMB# so I cannot believe that Congress has budgeted any bonding for Mr. KAHN. Note that the oath says, "So help me God."

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... LAWRENCE E. KAHN .................................... do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .... U.S. District Court Judge .... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So HELP ME GOD.

*[Handwritten annotations across document: "No!", circle around "So HELP ME GOD.", "Refused for Cause"]*

Subscribed and sworn to (or affirmed) before me this ...... day of .... August .......... 19 96.

Actual abode .... [FOIA Exemption 6] .... NY

Official station° .... Albany, NY ..........

Date of birth .... [FOIA Exemption 6] 37 ....

Date of entry on duty .... Aug. 2, 1996 ..

................................................
(James ............ Division Manager)

°Title 28, Sec. 456 United States Code, as amended.

---

Notice that the sworn formal oath has been changed to, "SO HELP ME GOD." Therefore this oath is refused for cause timely.

COPY



The UPS Store - #6046
720 N 10th Street
A
Renton, WA 98057
(425) 235-7447

04/12/18   11:37 AM

We are the one stop for all your
shipping, postal and business needs.

Google "6046"

| | | | |
|---|---|---|---|
| 001 000003 (011) | | TO $ | 10.00 |
| Notary | | | |
| 002 000001 (003) | | T1 $ | 2.40 |
| Copies | QTY 16 | | |
| Reg Unit Price | $ 0.15 | | |
| 003 500348 (025) | | T1 $ | 1.78 |
| Med Manila | NR QTY 2 | | |
| Reg Unit Price | $ 0.89 | | |
| 004 001040 (001) | | TO $ | 11.24 |
| Ground Commercial | | | |
| Tracking# 1ZV326300303766758 | | | |
| 005 001040 (001) | | TO $ | 11.24 |
| Ground Commercial | | | |
| Tracking# 1ZV326300303768390 | | | |

SubTotal    $ 36.66
Sales Tax (T1) $ 0.42
Total       $ 37.08

US DEBIT    $ 37.08
ACCOUNT NUMBER *    ************7884

Verified By PIN

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000980840
TVR: 8080048000
TSI: 6800
AC: AEBCE1EB11A9D5E2
ARC: 00

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

Receipt ID 82180163824273888962 021 Items
CSH: Thomas          Tran: 7251 Reg: 002

Sale

************7884
Debit Entry Method: EMV

Trace:              Appr Code:092723
Retrieval #:MK0996362801    Batch #:

---

## Shipment Receipt:  Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 12 APR 2018

EXPECTED DELIVERY DATE:
THUR 19 APR 2018 EOD

SHIP FROM:
DAVID MERRILL
1676 E CHEYENNE BLVD
COLORADO SPRING CO 80905
(719) 287-0644

SHIP TO:
USSC US IN DC-ROBERTS
1 1ST ST NE
WASHINGTON DC 20543-0001
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #6046
RENTON, WA 98057-5525
(425) 235-7447

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0.1 LBS ACTUAL WT
1.00 LBS BILLABLE WT
15.00X12.00X0.75 IN
E-MAIL NOTIFICATION: SHIP,DELIVER

TRACKING NUMBER: 1ZV326300303768390
SHIPMENT ID: MWFF2G30AUSGD
SHIP REF 1: - -
SHIP REF 2: TOM

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
GROUND COMMERCIAL       11.04
SERVICE OPTIONS          0.00
CMS PROCESSING FEE       0.20

TOTAL                  $11.24

## Shipment Receipt:  Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 12 APR 2018

EXPECTED DELIVERY DATE:
THUR 19 APR 2018 EOD

SHIP FROM:
DAVID MERRILL
1676 E CHEYENNE BLVD
COLORADO SPRING CO 80905
(719) 287-0644

SHIP TO:
UCDC NY ALBANY- BAERMAN
445 BROADWAY
RM 509
ALBANY NY 12207-2925
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #6046
RENTON, WA 98057-5525
(425) 235-7447

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0.1 LBS ACTUAL WT
1.00 LBS BILLABLE WT
15.00X12.00X0.75 IN
E-MAIL NOTIFICATION: SHIP,DELIVER

TRACKING NUMBER: 1ZV326300303766758
SHIPMENT ID: MWFF2G36YKUJF
SHIP REF 1: - -
SHIP REF 2: TOM

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
GROUND COMMERCIAL       11.04
SERVICE OPTIONS          0.00
CMS PROCESSING FEE       0.20

TOTAL                  $11.24

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID'S)
QUESTIONS? CONTACT SHIPPER THROUGH ABOVE.

```
============================================
         DOWNTOWN RENTON
         314 WILLIAMS AVE S
              RENTON
                WA
            98057-9798
            5470710269
04/12/2018   (800)275-8777   11:13 AM
============================================
============================================
Product              Sale        Final
Description          Qty         Price

BarnSwllw #10         2          $1.26
Env
    (Unit Price:$0.63)
First-Class           1          $0.50
Mail
Letter
    (Domestic)
    (NEW YORK, NY 10017)
    (Weight:0 Lb 0.80 Oz)
    (Estimated Delivery Date)
    (Monday 04/16/2018)
Registered            1          $14.55
    (Amount:$200.00)
    (USPS Registered Mail #)
    (RE065299026US)
Non Mach.             1          $0.21
Surch.
Affixed               1         ($0.50)
Postage
    (Affixed Amount:$0.50)
First-Class           1          $1.15
Intl
Letter
    (International)
    (France)
    (Weight:0 Lb 0.80 Oz)
Cert of Mail          1          $1.40
    (Affixed Amount:$0.00)
Affixed               1         ($0.50)
Postage
    (Affixed Amount:$0.50)

Total                           $18.07

Debit Card Remit'd              $18.07
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX7884)
    (Approval #:        )
    (Transaction #:465)
    (Receipt #:015948)
    (Debit Card Purchase:$18.07)
    (Cash Back:$0.00)
    (Entry Mode:Chip)
    (AID:A0000000980840)
    (Application Label:US DEBIT)
    (PIN:Verified by PIN)
    (Cryptogram:43DE10EF0974E757)
    (ARC:00)
    (CVR:420000)
    (IAD:06010A03600000)
    (TST:6800)
```

---

**UNITED STATES POSTAL SERVICE®**      **Certificate Of Mailing**       To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: David Merrill
720 N. 10th St. STE A
Renton, Washington
98057

To: Secretariat Club de Paris Odile Renaud Basso
139, rue de Bercy
Teledoc 551
75572 Paris Cedex 12 - France

PS Form 3817, April 2007 PSN 7530-02-000-9065

[APR 12 2018 postmark — DOWNTOWN STATION RENTON WA 98057]



9400

U.S. POSTAGE PAID
RENTON, WA
98057
APR 12, 18
AMOUNT
$1.40
R2304M114777-03

**Registered No.** RE065299026US       **Date Stamp**

Postage $ — $1.40
Extra Services & Fees
☐ Registered Mail $ $14.55
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Customer Must Declare Full Value $ 2000.00
Rec'd $14.55        04/12/2018

Signature Confirmation $
Signature Confirmation Restricted Delivery $
Total Postage & Fees

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM: D. Merrill
720 N. 10th St. STE A
Renton, Washington
98057

TO: UN NY Guterres
405 E 42nd Street
(46th St & 1st Ave)
New York, New York   10017

PS Form 3806, Registered Mail Receipt                 Copy 1 - Customer
April 2015, PSN 7530-02-000-9051                      (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®