| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 | |
|---|---|
| Garnishments in USDC DC<br>On and for the behalf of the<br>UNITED STATES | [18-mc-7 *In re: David Merrill*] |

**U.S. DISTRICT COURT**
**N.D. OF N.Y.**
**FILED**
**MAY 2 5 2018**
**LAWRENCE K. BAERMAN, CLERK**
**ALBANY**

## CERTIFICATE OF MAILING

**COMES NOW**, Christopher Jonathon of the family STEVENSON in like ORDER and Class, as Trustee of the Resulting Trust. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Attached is sufficient evidence that my Documentation is in the custody of the Clerk of Court as of May 10th, 2018 and it has not been properly FILED and DOCKETED. This is a violation of Title 18 of the US Code not to file and publish this filing on PACER. It is noted that the position of clerk is in process of being filled - www.tinyurl.com/BAERMANReplaced - but this is unacceptable as an excuse for breaking the law. The Document in your Custody - the Refusal for Cause served shall be published with this Certificate of Mailing, immediately.

*Christopher Jonathon.*
Christopher Jonathon - Trustee.

**Redeemed Lawful Money**
**Pursuant to 12 USC §411**
**www.law.cornell.edu/uscode/**



# Clerk of Court, New York Northern District Court

*Monday, April 23, 2018*

Please see the attached posting for the Clerk of Court opening in the New York Northern District Court.

**Attachment:**
Announcement Clerk of Court 2018.pdf

**[This page was found inserted into BAERMAN's biography on 5/20/2018. See how his name is still at the top however, as clerk of court.]**

# APPOINTMENT AFFIDAVITS

United States District Judge, Northern District of New York    8/29/2008
(Position to which Appointed)                                  (Date Appointed)

United States District Court    New York, Northern District    Syracuse, New York
(Department or Agency)          (Bureau or Division)            (Place of Employment)

I, Glenn T. Suddaby                                    , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 5th day of September, 2008

at Syracuse            New York
   (City)              (State)

(SEAL)

(Signature of Officer)

Commission expires _____         Chief Judge
(If by a Notary Public, the date of his/her Commission should be shown)    (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Glenn T. Suddaby, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Northern District of New York under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.



(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___5th___ day of ___September, 2008___.

Chief Judge, NDNY

Actual abode: ███ NY ███
Official station*  James T. Hanley Federal Bldg
P.O. Box 7376, 100 S. Clinton St. Syracuse, NY 13261
Date of birth  ███ 1956 [FOIA Exemption 6]
Date of Entry on Duty  September 5, 2008

7376

---

* Title 28, sec. 456 United States Code as amended.

Revised June 1980
U.S. Office of Personnel Management
FPM Chapter 296
61-106

# APPOINTMENT AFFIDAVITS

COPY

| U.S. District Judge | August 2, 1996 |
|---|---|
| (Position in which appointed) | (Date of appointment) |

| Judiciary | No. District of NY | Albany, New York |
|---|---|---|
| (Department or agency) | (Bureau or Division) | (Place of employment) |

I, __LAWRENCE E. KAHN__, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this __2nd__ day of __August__, 19__96__.

at __Albany__        __New York__
   (City)              (State)

[SEAL]

(Signature of officer)
Albany Division Manager
(Title)

Commission expires _____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015    GPO : 1993 O - 353-835    Prior Edition Usable

**COPY**

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... **LAWRENCE E. KAHN** .......................... do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ..... **U. S. District Court Judge** ..... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

*[So Help Me God circled, "Not" written in red]*

Subscribed and sworn to (or affirmed) before me this 2nd .......... day of August .......... 19 96 ...

Actual abode [FOIA Exemption 6] NY

James M. Waggener, Division Manager

Official station* Albany, NY

Date of birth [FOIA Exemption 6] 37

Date of entry on duty Aug. 2, 1996

*Title 28, sec. 456 United States Code, as amended.



Commission and Inauguration



Cancelled Pursuant to Law!