

USPS® FIRST-CLASS MAIL®
0 lb. 1.90 oz.

SHIP TO:
445 BROADWAY STE 509
ALBANY NY 12207-2925

USPS CERTIFIED MAIL

9507 1000 2538 8145 0001 07

Mark Christopher
40 20 Park Ave
Maplewood, New Jersey
[07040]

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAY 2 9 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

Lawrence K. BAERMAN - Clerk
United States District court for
the District of New York - Albany
James T. Foley US Courthouse
445 Broadway, Suite 509
Albany, NY 12207