Mark Christopher
c/o 20 Park Avenue
Maplewood, New Jersey
July 24, 2018

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 2 6 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

Attn: Lawrence K. BAERMAN – Clerk of Court
United States District Court for the District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

Dear Clerk:

Please file the following refusal for cause into case jacket of the Article III case 1:18-mc-00007, Garnishments in USDC DC On and for the behalf of the UNITED STATES. I am in the suit at Page 73 of 112; Doc 1 herein. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future.

_____
Mark Christopher, Redeemed Co-Trustee

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 24 day of JULY 2018, by _____

_____    _____
Notary Public's Signature      Notary Name
My Commission Exp. 11/30/19

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2019

| | |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>445 Broadway; Suite 509<br>Albany, NY 12207 | |
| **Garnishments in USDC DC**<br>On and for the behalf of the<br>UNITED STATES | **1:18-mc-00007** |
| **REFUSAL FOR CAUSE** ||

COMES NOW Mark Christopher of the BRINTON family. All central banking currency transactions are in redeemed lawful money pursuant to §16 of the 1913 Federal Reserve Act and Title 12 USC §411 as stipulated for general redemption of both people and for "Federal Reserve notes". Demand has been made of the Treasury for general and regular redemption on and for the Record. The attached Proof of Delivery and UPS Store receipt complete Certificate of Mailing.

Please file this copy of the Refusal for Cause on a 2645C Letter and this original clerk instruction into the Case captioned above. The original Refusal for Cause on a 2645C Letter and a copy of this clerk instruction is mailed to Defendant

Principal Steven Terner MNUCHIN as indicated below. A copy of both is being mailed to the IRS campus as indicated below. These nuisance billings cause garnishment of Defendant Principal Steven Terner MNUCHIN personally assessed for three times the billing amount. Notice to the agent is notice to the principal and vice versa.

Should MNUCHIN demand an E(4)(f) hearing see the oath of office Refused for Cause for being deviant. Court review is impracticable. If the clerk of court refuses to issue process according to law and rules of court it may affect the good faith and credit of the United States of America.

*Mark Christopher*
Mark Christopher
Trustee of the Resulting Trust

STATE OF NY
COUNTY OF NY
The foregoing instrument was acknowledged before me this 24 day of July, 2018, by Mark Brinton Munoz
Notary Public's Signature
My Commission Exp. 11/30/19

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2019

**Certificate of Mailing**

**Register Mail # RA 327 888 319 US**
**Steven Terner MNUCHIN**
**1500 Pennsylvania Avenue NW**
**city of Washington, District of Columbia. 20220**

**Department of the Treasury**
**Internal Revenue Service**
**Fresno, CA 93888-0030**



**IRS** Department of the Treasury
Internal Revenue Service
Fresno Service Center
FRESNO   CA   93888-0030

002181.729249.350024.13294 1 AB 0.408 536

MARK & CHERYL BRINTON
20 PARK AVE
MAPLEWOOD  NJ  07040-3428

02181



Refusal for cause



IRS Department of the Treasury
Internal Revenue Service

Fresno Service Center
FRESNO    CA   93888-0030

In reply refer to: 1069500003
July 18, 2018   LTR 2645C   L0
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   201512 30
Input Op: 1009960397  00048111
                        BODC: WI

MARK & CHERYL BRINTON
20 PARK AVE
MAPLEWOOD  NJ  07040-3428

Taxpayer identification number: 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
Tax periods: Dec. 31, 2015
Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on June 19, 2018.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

Before we can resolve this matter, we need to process all of your information. We'll send you our complete response within 90 days. We don't need any further information from you right now.

If you have a current installment agreement with us, continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you can make payments to reduce the balance owed and minimize interest and penalty charges.

To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment: name, address, social security or employer identification number, daytime telephone number, tax year and tax form.

We stopped any further notices to you while we research this matter. If you receive, or have received, additional notices about this account, please contact us.

If you have questions, you can call us toll free at 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter

*[Stamped across page: Refused for Cause]*

# Department of State
## Division of Licensing Services
## Licensee Information

**ID Number:** 01MU6333628

**Name:** MUNOZ NATALIE

**Business Name:** NOT APPLICABLE

**Business Address:** NOT APPLICABLE

**County:** KINGS

**License Type:** NOTARY PUBLIC
**Expires:** 11/30/2019

[ Name Search ] [ Business Name Search ] [ ID Search ]
[ Licensee Search Menu ]

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us






U.S. POSTAGE
$4.66
FCM LG ENV
10001
Date of sale
07/24/18
06 2S00
<08269883

**USPS® FIRST-CLASS MAIL®**

0 lb. 1.80 oz.

SHIP TO:
445 BROADWAY STE 509
ALBANY NY 12207-2925

**USPS CERTIFIED MAIL**

9507 1000 0832 8205 0000 46

United States District Court for the
District of New York - Albany
James T. Foley, U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207