| | |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 | **FILED**<br>NOV 20 2018<br>AT____ O'CLOCK____<br>John M. Domurad, Clerk - Albany |
| Garnishments in USDC DC<br>*On and for the behalf of the*<br>UNITED STATES | [18-mc-7 *In re: David Merrill*]<br><br>Citing Page 81 of 113; Doc 1 herein |
| | **DOCUMENTATION IN EVIDENCE** |

Dear Clerk,

Please file this Presentment refused for cause timely. The original Presentment has been returned to the US Governor for the International Monetary Fund Steven Terner MNUCHIN with a copy of this clerk instruction. All transactions are redeemed lawful money by demand pursuant to Title 12 USC §411. Service to the agent is service to the principal and vice versa.

Redeemed Lawful Money
Pursuant to 12 USC Sec. 411
www.law.cornell.edu/uscode/

Michael Holman - Trustee.

State of North Carolina County of Wake
On this 16 day of NOVEMBER, 2018
MICHAEL HOLMAN
personally appeared before me and proved to me through satisfactory evidence of identification, which were _____ to be the person whose name is signed on the preceding or attached document in my presence.
Signature _____ Notary Public
My Commission expires MARCH 02, 2022



# DEPARTMENT OF THE SECRETARY OF STATE

...ING SPECIAL TRUST AND CONFIDENCE IN YOUR INTEGRITY AND KNOWLEDGE, I DO BY THESE PRESENTS APPOINT

## PETER WALCZYK

## A NOTARY PUBLIC

IN AND FOR THE COUNTY OF WAKE AND STATE OF NORTH CAROLINA FOR FIVE YEARS BEGINNING FRIDAY, MARCH 3, 2017 AND EXPIRING AT MIDNIGHT ON WEDNESDAY, MARCH 8, 2022, AND

BY CONFER UPON YOU ALL THE RIGHTS, PRIVILEGES, AND POWERS USEFUL AND NECESSARY PROPER DISCHARGE OF THE DUTIES OF YOUR APPOINTMENT.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED OFFICIAL SEAL. DONE IN OFFICE AT RALEIGH ON WEDNESDAY,



Exhibit B


ROBERT C. "BOB" BALINK  El Paso County, CO
02/05/2007 10:50:49 AM
Doc $0.00
Rec $6.00  Page 1 of 1  207015932

Page 148

# TITLE 12—BANKS AND BANKING

§ 395

**ABOLITION OF HOME OWNERS' LOAN CORPORATION**

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

**TRANSFER OF FUNCTIONS**

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 501, eff. July 16, 1953, 18 F.R. 7577, 67 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

**EXCEPTIONS FROM TRANSFER OF FUNCTIONS**

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of said Administration, were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

§ 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

**REFERENCES IN TEXT**

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

**CODIFICATION**

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

**AMENDMENTS**

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

**CHANGE OF NAME**

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

**CROSS REFERENCES**

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

**SECTION REFERRED TO IN OTHER SECTIONS**

This section is referred to in sections 342, 416, 421, 467 of this title.

§ 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 352 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

Consumer Account Application

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | [redacted] |
| Customer Number (ECN): | 720333053574393 |
| Account Relationship: | Sole Owner |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | SSN |
| Date of Birth: | [redacted] |
| Primary ID Type: | [redacted] |
| Primary ID Description: | [redacted] |
| Primary ID St/Ctry/Prov: | NC |
| Primary ID Issue Date: | 06/13/2014 |
| Primary ID Expiration Date: | 09/21/2021 |
| Secondary ID Type: | OTHR |
| Secondary ID Description: | SS CARD 2359 |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | |
| Home Phone: | [redacted] |
| Business Phone: | |
| Current Employer: | |
| Check Reporting: | NO RECORD |
| Street Address: | [redacted] |
| Address Line 2: | |
| Address Line 3: | |
| City: | [redacted] |
| State: | NC |
| ZIP/Postal Code: | 27511-5411 |
| Country: | US |
| Time at this address: Year(s) / Month(s) | |
| Directional Address: (Document when no physical residence, business or alternate street address.) | |
| Previous Street Address: | |
| City: | |
| State: | |
| ZIP/Postal Code: | |
| Country: | |
| Time at this address: Year(s) / Month(s) | |
| Country of Citizenship: | US |

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Customer 1 Name: [redacted]

Customer 1 Signature: [redacted]

☐ Submit manually
☐ Signature not required

Date: 11/16/2015



Redeemed Lawful Money
Pursuant to 12 USC Sec. 411
www.law.cornell.edu/[...]
Michael [redacted]   05/11/18

2W02-000736804729-02

DSG8921 (5-15 SVP)

Page 2 of 2
Wells Fargo Confidential



THE FACE OF THIS DOCUMENT HAS A VOID PANTOGRAPH. THE REVERSE SIDE HAS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

TRANSAMERICA PREMIER LIFE INSURANCE COMPANY    426    CHECK NO.  07265630
4333 EDGEWOOD ROAD NE
P O BOX 1447                                   BNY MELLON TRUST OF DELAWARE    62-35
CEDAR RAPIDS IA 52499-0001    X2               WILMINGTON, DELAWARE 19809      311

DATE 04-30-2018
MM DD YYYY

PAY   SIX THOUSAND NINE HUNDRED SIXTY NINE DOLLARS
EXACTLY AND SIXTY SEVEN CENTS                  $******6,969.67

TRANSAMERICA PREMIER LIFE INS CO

TO THE ORDER OF
CARY NC 27511

BY: _____
AUTHORIZED REPRESENTATIVE

⑈07265630⑈ ⑆031100351⑆ ⑈0300952215⑈



Redeemed Lawful Money Pursuant to 12 USC Sec. 411 www.law.cornell.edu/uscode

APPEARS ON THE FACE SIDE. ENDORSEMENT AND PAYMENT SHALL ACKNOWLEDGE RECEIPT IN FULL TO WHICH THIS DISTRIBUTION APPLIES. PAYMENT BY THE COMPANY SHALL NOT CONSTITUTE AN ADMISSION OF LIABILITY BY THE COMPANY OR THE WAIVER OF ANY DEFENSE IF THIS DISTRIBUTION PERTAINS TO A CLAIM FOR BENEFITS.



THE FACE OF THIS DOCUMENT IS PRINTED BLUE - THE BACK CONTAINS A TRUE FOURDRINIER WATERMARK HOLD TO THE LIGHT TO VIEW

THIS CHECK IS VOID UNLESS PRESENTED FOR PAYMENT IN 180 DAYS AFTER ITS DATE

ATHENE ANNUITY AND LIFE COMPANY
7700 MILLS CIVIC PARKWAY
WEST DES MOINES, IA 50266-3862

JP MORGAN CHASE BANK N.A.
COLUMBUS, OH 43271

100807952
56-1544/441

04/27/2018

PAY    Twenty three thousand nine hundred twenty eight and 03/100 Dollars

$*******23,928.03

PAY TO THE ORDER OF

[signature]

881069N01

⑈010807952⑈ ⑆044115443⑆ 967384884⑈

385304

Demand is made for lawful money
pursuant to 12 U.S.C. Sec. [illegible]
By: Michael [illegible]
dba: Michael [illegible]

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express℠
- UPS 2nd Day Air®

Visit theupsstore.com or call 1-800-PICK-UPS® (1-800-742-5877) to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

---

MICHAEL DOCUMENT
(702) 556-6294
121 FLORA MACDONALD LANE
CARY  NC 27511

SHIP WT: 1 LBS
DWT: 15.12.1
DATE: 16 NOV 2018

SHIP TO:
JAMES T FOLEY US COURTHOUSE
US DISTRICT COURT
DISTRICT OF NEW YORK ALBANY
RM 509
445 BROADWAY
ALBANY NY 12207-2925



NY 122 3-99

UPS 3 DAY SELECT                3
TRACKING #: 1Z 9R6 6E3 39 1931 9214

BILLING: P/P
SIGNATURE REQUIRED

18H 13.00N ZZP 450 06.5V 16/2018



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
NOV 20 2018

SIGNATURE REQUIRED