

United States District Court for the
District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

Garnishments in USDC DC
*On and for the behalf of the*
UNITED STATES

[18-mc-7 *In re: David Merrill*]

### GARNISHMENT - Rule B(1)(c) - on
### Steven Terner MNUCHIN for $350,000.00

**COMES NOW**, David Merrill of the family VAN PELT and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa. Now joindered in class find Michael Paul of the MARSHALL family redeemed through verification of signature and statement(s) of claim herein.

Dear Clerk of Court;

Please file and publish this Presentment properly Refused for Cause timely. The Original Presentment refused for cause is being returned to principal Steven Terner MNUCHIN as US Governor for the International Monetary Fund with a Copy of this clerk instruction while this Original clerk instruction is filed in the USDC Albany NY, with a copy of the Presentment refused for cause. I am refusing for cause Appointment Affidavits and Oaths of Office for senior "judicial officers" as general recusal, for lack of bond.

*Rule B(1)(c) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable,* **the clerk must issue the summons and process of attachment and garnishment.** *The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.*

Michael Paul reminds the court that the clerk shall issue process of garnishment and summons on US Governor of the International Monetary Fund Steven Terner MNUCHIN. Mr. Glenn SUDDABY and Mr. Laurence KAHN have been recused from the start, *ab initio* and *nunc pro tunc.* Subsequently Mr. John Glover ROBERTS has been recused by Department of Justice

Indictment and true bill - in default - ROBERTS only pretends to be the Chief Justice of the US Supreme Court. Therefore the clerk of court John M. DOMURAD is to contact associate justice of the US Supreme Court Brett M. KAVANAUGH and request limited visitation in the stead of John Glover ROBERTS as originally intended in this Albany Remand. Even so Justice KAVANAUGH, Oath of Office attached, cannot be expected to make utterance further than to remind the clerk to execute settlements through garnishment and writ of enforcement to the Treasury, exactly because Justice KAVANAUGH has been appointed by Mr. Donald John TRUMP, pretending to be President. Several exemplary first pages bond-dodging and abusive process are Refused for Cause herein.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

First Redeemer



State of WA
County Of King

I certify that I know or have satisfactory evidence that
David Merrill (is) are the person who
appeared before me, and signed and sworn
on 12/20/2018 (date).

Signature Notary Public

5/4/2022
Commission Expires

Case #18-mc-7 "Judge" KAHN is Recused for Fraud

**Verification of Signature**

I am ~~MICHAEL PAUL~~ and I signed and filed a Garnishment Action in the United States District Court in Washington DC at Case #_____. I wish for my cause to be joindered with others of similar class filed by David Merrill in the Albany, New York case entitled similarly to:

**Several Garnishments in USDC DC**

v

**United States**



Redeemed Co-Trustee

STATE OF COLORADO )
                 ) ss.
COUNTY OF PUEBLO )

Subscribed and sworn to before me this 3rd day of December, 2018, by Michael Paul Marshall.

Cynthia A. Ellingson, Notary Public

Cynthia A Ellingson
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20054501938
MY COMMISSION EXPIRES 01/15/2019





# STATE OF COLORADO
## DEPARTMENT OF STATE

### CERTIFICATE

I, Wayne W. Williams, Secretary of State of the State of Colorado, hereby certify that the following individual is appointed and commissioned a Notary Public for the State of Colorado as of 01/15/2015, term to expire 01/15/2019 unless sooner concluded for cause.

CYNTHIA A ELLINGSON
PO Box 12001
Pueblo, CO 81001

Dated: December 03, 2018
Notary ID: 20034001638

_Wayne W. Williams_

Secretary of State of the State of Colorado

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Michael Paul of the Marshall Family c/o PO Box 11814 Pueblo Colorado |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 1 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 12-22-2017    17T3727 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

With fraud, perjury, and many other unlawful actions, Pueblo Police officer Alex Hovet, under Color of Law detained me from traveling, assaulted and arrested me and then searched my private automobile, eventually releasing me and trying to contract with me by use of a "citation" to which I signed under duress. including writing under duress on the citation. Alex Hovet then tore up the citation and threw the upper portion in my automobile. PUEBLO COUNTY DISTRICT ATTORNEY Jeffery Chostner then created a Constructive Trust with case number 17T3727 without a lawful contract. PUEBLO COUNTY COUNTY COURT administrator David Lee Lobato has been assigned a Trustee.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

My flesh and blood daughter has been kept from me, other than one hour supervised visits, once a week since summer of 2017 and for a couple of months with the same time restrictions in mid 2016. I have also been kept from attending any school functions by the petitioner.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Trustee David Lee Lobato has fraudulently claimed that I didn't appear for the first hearing, issuing a warrant for my arrest for which I was arrested and spent numerous hours in the Pueblo County Jail before bond was paid by my daughter's grandfather James Frank. David Lee Lobato fraudulently waived my Right to Speedy Trial and has threatened me with incarceration and fines pursuant to a contempt citation if I refused to participate in his private jury trial on January 8, 2019.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
| $50,000 redeemed for lawful money | $125,000 redeemed for lawful money | | $175,000 redeemed for lawful money |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM (719) 415- 5652 | 14. DATE OF SIGNATURE 12-16-2018 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Michael Paul of the Marshall Family<br>c/o PO Box 11814<br>Pueblo Colorado |
|---|---|

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Single | 12-22-2017        17T3727 | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

With fraud, perjury, and many other unlawful actions, Pueblo Police officer Alex Hovet, under Color of Law detained me from traveling, assaulted and arrested me and then searched my private automobile, eventually releasing me and trying to contract with me by use of a "citation" to which I signed under duress. including writing under duress on the citation. Alex Hovet then tore up the citation and threw the upper portion in my automobile. PUEBLO COUNTY DISTRICT ATTORNEY Jeffery Chostner then created a Constructive Trust with case number 17T3727 without a lawful contract. PUEBLO COUNTY COURT administrator David Lee Lobato has been assigned a Trustee.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

My flesh and blood daughter has been kept from me, other than one hour supervised visits, once a week since summer of 2017 for a couple of months with the same time restrictions in mid 2016. I have also been kept from attending any school functions by the petitioner.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Trustee David Lee Lobato has fraudulently claimed that I didn't appear for the first hearing, issuing a warrant for my arrest for which I was arrested and spent numerous hours in the Pueblo County Jail before bond was paid by my daughter's grandfather James Frank. David Lee Lobato fraudulently waived my Right to Speedy Trial and has threatened me with incarceration and fines pursuant to a contempt citation if I refused to participate in his private jury trial on January 8, 2019.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $50,000 redeemed for lawful money | $125,000 redeemed for lawful money | | $175,000 redeemed for lawful money |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (719) 415- 5652 | 12-16-2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**"CHILD SUPPORT – COPY"**

| | |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>320 W. 10TH<br>PUEBLO, CO 81003 | FILED IN THE OFFICE OF THE CLERK<br>OF THE PUEBLO COMBINED COURT<br><br>JUL 1 8 2013<br><br>PUEBLO COUNTY, COLORADO |
| PEOPLE OF THE STATE OF COLORADO, IN THE INTEREST<br>OF NEVAEH MARSHALL, CHILD,<br>UPON THE PETITION OF THE PUEBLO COUNTY<br>DEPARTMENT<br>OF SOCIAL SERVICES AND<br>COURTNEY WILLIAMS, OBLIGEE,<br>AND CONCERNING<br>MICHAEL MARSHALL, OBLIGOR | |
| | △COURT USE ONLY△ |
| Attorney or Party Without Attorney:<br><br>PUEBLO COUNTY DSS - CSE UNIT<br>212 WEST 12TH STREET<br>PUEBLO, CO 81003<br>(719) 583-6160 | CASE NUMBER:<br>13JV434<br><br>DIVISION/COURTROOM:<br>C<br><br>IV-D CASE NUMBER:<br>51-169532-44-0A |

**ADMINISTRATIVE TEMPORARY ORDER OF FINANCIAL RESPONSIBILITY**

1.  The Obligee and Obligor in this action are:

    **OBLIGEE**

    Name:    COURTNEY WILLIAMS
    Address:  2005 ZINNO BLVD
             PUEBLO, CO 81006-1834

    Date of birth: 04/07/1986

    **OBLIGOR**

    Name:    MICHAEL MARSHALL
    Address:  33550 EAST HWY 96 LOT 238
             PUEBLO, CO 81006-1834

    Date of birth: 12/12/1980

> A true copy hereof was
> mailed/delivered to all
> parties/counsel of record
> this _24_ day of
> _July_, 20_13_
> _Jud Mesa_
> (SIGNATURE)

CSE105A (11/17/2010)                                                     510350

District Court Pueblo County, Colorado
501 N. Elizabeth Street
Pueblo, CO. 81003

In re : Parental Responsibilities concerning:

NEVAEH MARSHALL (DO_          )

Petitioner: COURTNEY WILLIAMS

And

Respondent: MICHAEL MARSHALL

σ COURT USE ONLY σ

Case Number: 13DR30110

Division: 503

PERMANENT ORDERS (September 3, 2014)

This matter came before the Court on September 3, 2014 for Permanent Orders regarding parenting time and allocation of parental responsibility for the minor child, Neveah Marshall. Petitioner, Courtney Williams was present in person with her attorney of record, Cobea E. Becker.  Respondent, Michael Marshall, appeared in person with his attorney of record, Charles Esquibel.

The Court heard testimony from Petitioner, Respondent, and witnesses.   The Court now makes the following findings and orders:

1. There is one minor child, NEVEAH MARSHALL (DOB 07/22/2011)

2. The Court has jurisdiction over this matter as the child resides in Pueblo County.

3. The Court applies the best interest standard set forth in C.R.S. 14-10-124.



District Court, Pueblo County, Colorado
501 N. Elizabeth Street
Pueblo, CO 81003

In Re Parental Responsibilities of: NAVEAH MARSHALL

Petitioner: **COURTNEY WILLIAMS**

and

Respondent: **MICHAEL MARSHALL**

Attorney for the Petitioner:
COBEA E. BECKER #34984
BECKER & ERNST, LLC
401 N. GREENWOOD STREET SUITE H
Pueblo, Colorado 81003
Phone: (719) 543-0700      Fax: (719) 218-7008
E-mail: cobea.becker@be-lawyers.com

COURT USE ONLY

Case Number: 13DR30116

Div: 403

**VERIFIED EMERGENCY MOTION TO RESTRICT PARENTING TIME PURSUANT TO C.R.C.P. 14-10-129(4)**

The Petitioner states the following for the purpose of restricting parenting time and decision making:

1.      The above captioned case is currently before the Court for Respondent's *Motion to Modify Parenting Time*.  Child's Legal Representative, Dawn Mann, having been previously appointed, joins in this motion.

2.      The child is in imminent physical or emotional danger due to the current parenting time or parental contact of a parent and the Petitioner requests the Court Order that:

A hearing shall be held on an emergency basis within fourteen days of the filing of this Motion and parenting time shall be supervised until the hearing by an unrelated third party deemed suitable by the Court or by a licensed mental health professional.  The Court has set a hearing in this matter to be held on April 22, 2015 at 2:00 p.m.

3.  Information about Petitioner: **COURTNEY WILLIAMS**

Date of Birth: 04/07/1986

Current Mailing Address: 2005 ZINNO BLVD

City, State & Zip Code: Pueblo, CO 81006

Phone #: (719) 778-8575

4.  Information about Respondent: **MICHAEL MARSHALL**

Date of Birth: 12/12/1980

Current Mailing Address: 1735 COURTNER ROAD, PUEBLO, CO 81006

Phone: (719) 369-7504

| District Court Pueblo County, Colorado<br>501 N. Elizabeth Street<br>Pueblo, CO. 81003 | |
|---|---|
| In re : Parental Responsibilities concerning: | DATE FILED: May 29, 2015 9:39 AM<br>CASE NUMBER: 2013DR30116 |
| **NEVEAH MARSHALL (DO** | |
| Petitioner: COURTNEY WILLIAMS | ⋅ COURT USE ONLY ⋅ |
| And | |
| Respondent: MICHAEL MARSHALL | |
|  | Case Number: 13DR30116<br><br>Division: 503 |

### ORDER RE: PETITIONER'S MOTION TO RESTRICT PARENTING TIME
### (APRIL 22, 2015)

This matter came before the Court on April 22, 2015 for hearing on Petitioner's Motion to Restrict Parenting Time. Petitioner, Courtney Williams was present in person with her attorney of record, Cobea E. Becker. Respondent, Michael Marshall, appeared in person but was then removed from the Courtroom due to his inability to follow the Court's orders, the Child Legal Representative (CLR), Dawn Mann also appeared, and Mr. Gallegos appeared on behalf of the Pueblo County Child Support Services.

The Court heard testimony from Petitioner, statements by Petitioner's counsel, statements by the CLR, and the statements by the Respondent, prior to his removal from the courtroom. .

The Court now makes the following findings and orders:

1. There is one minor child, NEVEAH MARSHALL (DOB 05/04/2008)

2. This matter was scheduled for a hearing on Respondent's Motion to Increase Parenting time on April 9, 2015.

3. On April 9, 2015, the Respondent's behavior was erratic. He was very loud, almost shouting, flailing his arms, and encouraged disruption from the audience. He refused

1



DISTRICT COURT, PUEBLO COUNTY, COLORADO
501 N. Elizabeth
Pueblo, CO 81003

IN RE:

PETITIONER(S): COURTNEY WILLIAMS,

AND

RESPONDENT(S): MICHAEL WILLIAMS,

▲ COURT USE ONLY ▲

Case Number:
2013 DR 30116

Div.:   Ctrm: 403

Attorney or Party Without Attorney: (Name & Address)

MAGLOVIO F. GALLEGOS, REG #: 23975
PUEBLO COUNTY CHILD SUPPORT SERVICES
320 WEST 10TH ST. STE 207
PUEBLO, CO 81003
PHONE: (719) 583-6160
FAX: (719) 583-6946 ─ (719) 583 6920

IV-D CASE NUMBER:
51-169532-44-0A

**CHILD SUPPORT ORDER**

THIS MATTER came before the Court on April 22, 2015 regarding permanent Orders for Child Support.

HEREBY FINDS AS FOLLOWS:

1.   The Obligee and Obligor in this action are:

|  | OBLIGEE |
|---|---|
| NAME: | COURTNEY WILLIAMS |
| ADDRESS: | 2005 ZINNO BLVD |
|  | PUEBLO, CO 81008 |
| SEX: | F |
| DATE OF BIRTH: | 04/07/1986 |

|  | OBLIGOR |
|---|---|
| NAME: | MICHAEL MARSHALL |
| ADDRESS: | 1808 SANTA FE DR APT 2 |
|  | PUEBLO, CO 81006 |
| SEX: | M |
| DATE OF BIRTH: | 12/12/1960 |

DISTRICT COURT, PUEBLO COUNTY, COLORADO
501 NORTH ELIZABETH
PUEBLO, CO 81003

IN RE THE ALLOCATION OF PARENTAL RESPONSIBILITIES
CONCERNING: NEVAEH MARSHALL, CHILD,
PETITIONER: COURTNEY WILLIAMS,
AND
RESPONDENT: MICHAEL MARSHALL.



Attorney or Party Without Attorney:

**ATTORNEY: MACLOVIO F. GALLEGOS**
REG#: 23995
PHONE: (719) 583-6160
FAX: (719) 583-6946
EMAIL:

**320 WEST 10TH STREET, SUITE 207**
**PUEBLO, CO 81003**

▲ COURT USE ONLY ▲

CASE NUMBER:
13 DR 30116

COURTROOM: 405

IV-D CASE NUMBER:
51-169532-44-0A

**CITATION FOR CONTEMPT**

TO THE PEOPLE OF THE STATE OF COLORADO, TO THE SHERIFF OF PUEBLO COUNTY AND TO THE SHERIFF OF ANY OTHER COUNTY IN THE STATE OF COLORADO, AND TO ANY PRIVATE PROCESS SERVER, GREETINGS:

WHEREAS, in a certain cause in said Court now pending, wherein the Pueblo County Delegate Child Support Services (CSS) filed a motion and supporting affidavit requesting the issuance of a citation to show cause for the alleged failure of the Respondent to comply with the specific order of the Court concerning payment of current child support or foster care fee obligations;

AND, WHEREAS, it appears to the Court from the Pueblo County Delegate CSS' motion and affidavit in support thereof, a copy of which is hereby attached, that the Respondent has failed to comply with said Order;

DISTRICT COURT, PUEBLO COUNTY, COLORADO
Court Address:      501 N ELIZABETH
                    Pueblo, CO 81003

IN RE THE ALLOCATION OF PARENTAL
RESPONSIBILITIES CONCERNING:
NEVAEH MARSHALL, CHILD,
PETITIONER:      COURTNEY WILLIAMS,
AND
RESPONDENT:  MICHAEL MARSHALL.

△COURT USE ONLY△

Attorney or Party Without Attorney:

Attorney: MACLOVIO F. GALLEGOS,III
Reg#:     23975
Phone:  (719) 583-6160
Fax:      (719) 583-6946
Email:
320 W. 18TH ST. SUITE 207
PUEBLO, CO 81003

CASE NUMBER:
2013DR30116

COURTROOM:
405

IV-D CASE NUMBER:
51-169532-44-0A

**NOTICE OF HEARING**

You are notified that a hearing, **WHICH YOU MUST ATTEND**, concerning child support on the: Verified Motion for Remedial Contempt Citation.

DATE:                           11/06/2018

TIME:                           11:00 A.M.

COURTROOM/DIVISION:  405

LOCATION:                   **PUEBLO COUNTY DISTRICT COURT**

                                     **501 N ELIZABETH**
                                     **PUEBLO, CO 81003**

CLERK OF THE COURT                  By: _____

                        OR     Attorney for the PUEBLO County
                                       Delegate CSS Unit

By: _____

Deputy Clerk

CSE803                                                                        510227

## Addresses

The Albany USDC address is at the top of the header.

Steven Terner MNUCHIN
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Supreme Court of the United States          Registered Mail #
Attn: Justice Brett Michael KAVANAUGH
1 First Street, NE
Washington, DC 20543

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

_____
Associate Justice of the Supreme Court

Barely recognizable Anthony M. KENNEDY as Witness is presumed competent for the task despite deteriorating legibility from his signature on his resignation. Therefore any visitation is limited to simple rule enforcement. In other words KENNEDY's oath is presumed to be deviant and Justice KAVANAUGH is only recognized for respecting the honorable Justice REHNQUIST as posthumous mentor.

know, interpret, and defend the Constitution and the dates and promises.

Respectfully and sincerely,

*Anthony M. Kennedy*

Supreme Court of the United States
Washington, D.C. 20543

CHAMBERS OF
JUSTICE ANTHONY M. KENNEDY

June 27, 2018

My dear Mr. President,

This letter is a respectful and formal notification of my decision, effective July 31 of this year, to end my regular active status as an Associate Justice of the Supreme Court, while continuing to serve in a senior status, as provided in 28 U.S.C. § 371(b).

For a member of the legal profession it is the highest of honors to serve on this Court.  Please permit me by this letter to express my profound gratitude for having had the privilege to seek in each case how best to know, interpret, and defend the Constitution and the laws that must always conform to its mandates and promises.

Respectfully and sincerely,

*Anthony M. Kennedy*

The President
The White House
Washington, D.C. 20500

Therefore the observations are that:

1. Anthony KENNEDY is deteriorating in health
2. Brett KAVANAUGH is attempting to bond his honorable behavior
3. Justice REHNQUIST understood the oath process and adhered to 1789 public law
4. John Glover ROBERTS has no oath of office, or has more likely signed a deviant oath of office and the Department of Justice is embarrassed to allow his fraud into this Albany Remand as evidence and bill of indictment
5. Timothy BURGESS, USDC Alaska has admitted to bond-dodging and racketeering for the entire American federal judiciary by redacting his own signature from his oath before allowing it to be published on PACER.

## Supreme Court of the United States

No. ----- October Term, 1985


I, WILLIAM H. REHNQUIST, do solemnly swear that
will administer justice without respect to persons, and
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United ￼
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United Sta￼

So help me God.


*William H. Rehnquist*


Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

Telephone: (202) 514-3642

Re:     Appeal No. DOJ-AP-2018-005543
        Request No. DOJ-2018-003795
        CDT:MTC

**VIA: U.S. Mail**

Dear Mr.        :

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of Legal Policy, to respond to your Freedom of Information Act request for access to records concerning Supreme Court Justice John Roberts.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component.  See 28 C.F.R. § 16.8(a) (2017).  As no adverse determination has yet been made by the IR Staff, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond.  See 5 U.S.C. § 552(a)(6)(C)(i).  However, I can assure you that this Office has contacted the IR Staff and has been advised that your request is being processed.  If you are dissatisfied with the IR Staff's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to the IR Staff.  You should contact the IR Staff's Requester Service Center at 202-514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

6/19/2018

X _Christina Troiani_

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: OIP

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Timothy M. Burgess, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge _____ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

Redacted Signature
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this ..23rd.............. day
of ......January.................. 19...2006...

Redacted Signature

A EXEMPTION b6

[redacted]

John D. Sedwick
United States District Judge

Actual abode

Official station* ...Anchorage..............

Date of birth ...Redacted..............

Date of entry on duty ...1/23/06..............

*Title 28, sec. 456 United States Code, as amended.

*No OMB#*
*No bond*

# APPOINTMENT AFFIDAVITS

| United States District Judge, Northern District of New York | 8/29/2008 |
| *(Position to which Appointed)* | *(Date Appointed)* |

*Wrong oath!*

*Nautical*

| United States District Court | New York, Northern District | Syracuse, New Yor[ |
| *(Department or Agency)* | *(Bureau or Division)* | *(Place of Employment)* |

I, Glenn T. Suddaby _____, do solemnly swear (or affirm)

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and c
that I will bear true faith and allegiance to the same; that I take this obligation freely, without any m
reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the offic
I am about to enter. So help me God. ← *Plain English*

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVER

I am not participating in any strike against the Government of the United States or any agency tl
and I will not so participate while an employee of the Government of the United States or any ager
thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any conside
for or in expectation or hope of receiving assistance in securing this appointment.

*Maritime*

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5t[h]day of ___ September ___

at __Syracuse__           __New York__
        *(City)*                   *(State)*

_____
*(Signature of Officer)*

(SEAL)

# OATH OF OFFICE FOR UNITED STATES JUDGE

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Glenn T. Suddaby, do solemnly swear (or affirm) that I will administer justice with

respect to persons, and do equal right to the poor and to the rich, and that I will faithf

and impartially discharge and perform all the duties incumbent upon me as United St

District Judge for the Northern District of New York under the Constitution and law

the United States; and that I will support and defend the Constitution of the United St

against all enemies, foreign and domestic; that I will bear true faith and allegiance to

same; that I take this obligation freely, without any mental reservation or purpose

evasion; and that I will well and faithfully discharge the duties of the office on whi

am about to enter. SO HELP ME GOD.

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___5th___ d

of ___September, 2008___ .

Chief Judge, NDNY

FOIA Exemption 6

Actual abode:                                                        NY

Official station      James T. Hanley Federal Bldg
                      P.O. Box 7376, 100 S. Clinton St. Syrac

Date of birth                          1956   FOIA Exemption 6



Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

**COI**

# APPOINTMENT AFFIDAVITS

| U.S. District Judge | | August 2, 1996 |
|---|---|---|
| *(Position to which appointed)* | | *(Date of appointment)* |

| Judiciary | No. District of NY | Albany, New York |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ **LAWRENCE E. KAHN** _____, do solemnly swear (or affi

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign an that I will bear true faith and allegiance to the same; that I take this obligation freely, without : reservation or purpose of evasion; and that I will well and faithfully discharge the duties of on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agen and I will not so participate while an employee of the Government of the United States or a thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any con for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this <u>2nd</u> day of <u>August</u>

at <u>Albany</u> _____ <u>New York</u>

*(City)* *(State)*

[SEAL] _____

*(Signature of officer)*

COP

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ............ **LAWRENCE E. KAHN** ................................., do solemnly swear

affirm) that I will administer justice without respect to persons, and do equal right to the

and to the rich, and that I will faithfully and impartially discharge and perform all the du

incumbent upon me as ...... **U. S. District Court Judge** ...... under the Constitu

and laws of the United States; and that I will support and defend the Constitution of the Un

States against all enemies, foreign and domestic; that I will bear true faith and allegiance to

same; that I take this obligation freely, without any mental reservation or purpose of evasion;

that I will well and faithfully discharge the duties of the office on which I am about to en

SO HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this .2nd.

of .. August ................................. 19 96

Actual abode ................. NY    FOIA Exemption 6

...... James M. Waggener, Division Manager

Official station* Albany, NY

Date of birth ....... 37   FOIA Exemption 6

# STATE OF WASHINGTON

DEPARTMENT OF LICENSING – BUSINESS AND PROFESSIONS DIVISION

THIS CERTIFIES THAT THE PERSON OR BUSINESS NAMED BELOW IS AUTHORIZED AS A

NOTARY PUBLIC APPOINTMENT

THOMAS W HARDY

Jay Inslee, Governor

Kim Wyman, Secretary of State

Pat Kohler, Department of Licensing

| **148905** | **05/04/2018** | **05/04/2022** |
| --- | --- | --- |
| License Number | Issued Date | Expiration Date |

PL-630-160 (R/3/16)