| | | |
|---|---|---|
| United States District Court for the District of New York - Albany James T. Foley U.S. Courthouse Suite 509; 445 Broadway Albany, NY 12207 | | U.S. DISTRICT COURT - N.D. OF N.Y. **FILED** JAN 2 4 2019 AT_____ O'CLOCK_____ John M. Domurad, Clerk - Albany |
| Garnishments in USDC DC On and for the behalf of the UNITED STATES | [18-mc-7 *In re: David Merrill*] Citing Doc 38, Page 4 of 26 herein | |
| | **Proof of Service** | |

**COMES NOW**, Michael Paul of the family MARSHALL and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file and publish this Proof of Service. The reactions to this garnishment are monumental.

ATTACHED: LETTER TO AND FROM
COLORADO SECRETARY OF STATE
CONCERNING 5 OATHS OF OFFICE
(8 PAGES)

*[Signature]*
Trustee of the Resulting Trust

STATE OF COLORADO )
                  ) ss.
COUNTY OF PUEBLO  )

Subscribed to and sworn before me this 20th day of January, 2019, by Michael Paul: Marshall.

MY COMM. EXPIRES:
1/15/2023

*[Signature]*
NOTARY PUBLIC

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023

## Addresses

The Albany USDC address is at the top of the header.

The honorable Brett Michael KAVANAUGH
US Supreme Court
1 First Street NE
Washington DC 20543

State of Colorado
Pueblo County Sheriff's Office
Civil Division
Pueblo, CO 81003

Process Number:     133329            Court Number: 13DR30116/13JV434

I, Kirk M Taylor, Sheriff of Pueblo County Sheriff's Office do hereby certify that I received the within and foregoing Garnishment, Attachment on 8th day of January, 2019, and that I served the same on:

    JILLIAN SUZANNE MATTOON                                    (Defendant    )
    501 N ELIZABETH ST; POE
    Pueblo, CO  81003
    Served on: 9th day of January, 2019 at 13:55:36    by Medina A
    Served to: Jillian Mattoon                          Defendant
               501 N ELIZABETH ST; POE
               Pueblo, CO  81003

Returned on the 10th day of January, 2019

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 10th day of January, 2019

Fees:
    Service:        0.00         Kirk M Taylor, Sheriff
    Mileage:        0.00         Pueblo County Sheriff's Office, Colorado
    Other  :        0.00
    Total  :        0.00         BY: _____
                                      (Authorized Representative)
                                      Civil Division

Service Fee: $_____

Subscribed and sworn before me this 10th day of January, 2019.

                                                        Notary Public
                                                        909 Court Street
                                                       Pueblo, Colorado  81003

My commission expires: 1/12/2019

                                                        GERRE L MASON
                                                        NOTARY PUBLIC
                                                        STATE OF COLORADO
                                                        NOTARY ID 19974020276
                                          MY COMMISSION EXPIRES JANUARY 12, 2019

```
01/10/19                  Pueblo County Sheriff's Office                        1506
13:57                     Civil Process Service Detail:           Page:            1
   Attempted  13:55:36 01/09/19              Attempted By  Medina A
 Street Addr  501 N ELIZABETH ST; POE
        City  Pueblo          State  CO  ZIP  81003         Location  PUE
  Successful  Y  Person Srvd  Jillian Mattoon                Relation  DF
    Comments  (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Service Comments:

<u>Served in her office</u> Papers were served then retrieved from the Defendant and returned to the plaintiff with a full refund/Medina A

```
01/10/19            Pueblo County Sheriff's Office                    1506
13:57                 Statement of Process Costs              Page:      1

Responsible Party:
JAMES FRANK WILLIAMS                        [ Process Number:    133329
1723 BONNY BRAE LN                          [ Court Case No.: 13DR30116/13JV434
Pueblo, CO   81001                          [ Garnishment
                                            [ Attachment

     JAMES FRANK WILLIAMS (Plaintiff)
     1723 BONNY BRAE LN      Pueblo, CO  81001

     JILLIAN SUZANNE MATTOON (Defendant)
     501 N ELIZABETH ST; POE    Pueblo, CO  81003

  Date      Seq Docno  Typ Description                         Amount
  --------- --- ------ --- -----------------------------     ----------
  01/08/19   1  98068  CR  Cash Receipt                          -23.70
  01/10/19   2  15418  CD  Cash Disbursed                         23.70
                                                              ----------
                              FINAL REFUND DUE :                   0.00
```

I hereby certify that the refund due is correct and payable.  If not contacted within ten days, this statement will be considered correct.

Kirk M Taylor, Sheriff
Pueblo County Sheriff's Office
909 COURT St                                    By: _____
Pueblo, Colorado  81003                              Deputy

---

**5811**

**PUEBLO COUNTY SHERIFF'S OFFICE**
CIVIL ACCOUNT
909 COURT ST
PUEBLO, CO 81003-2909

VECTRABANK

23-315/1020                           1/10/2019

$ **23.70

PAY TO THE ORDER OF    James Frank Williams                                 DOLLARS

Twenty-Three and 70/100******

James Frank Williams
1723 Bonny Brae Ln
Pueblo, CO 81001


AUTHORIZED SIGNATURE

MEMO  Non service 133329/2019

⑈000005811⑈ ⑆102000315⑆ 5793294579⑈

State of Colorado
Pueblo County Sheriff's Office
Civil Division
Pueblo, CO 81003

Process Number:     133330                 Court Number: 13DR30116/13JV434

I, Kirk M Taylor, Sheriff of Pueblo County Sheriff's Office do hereby certify that I received the within and foregoing Garnishment, Attachment on 8th day of January, 2019, and that I served the same on:

   JANET   THIELEMIR                                        (Defendant         )
   501 N ELIZABETH ST; POE
   Pueblo, CO  81003
   Served on: 9th day of January, 2019 at 13:47:42          by Medina A
   Served to: Janet Thielemir                                Defendant
              501 N ELIZABETH ST; POE
              Pueblo, CO   81003

Returned on the 10th day of January, 2019

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 10th day of January, 2019

Fees:
  Service:       0.00          Kirk M Taylor, Sheriff
  Mileage:       0.00          Pueblo County Sheriff's Office, Colorado
  Other  :       0.00
  Total  :       0.00          BY: _____
                                   Authorized Representative
                                   Civil Division

Service Fee: $ _____

Subscribed and sworn before me this  10TH  day of  January , 2019.

                                             Notary Public
                                             909 Court Street
                                             Pueblo, Colorado   81003

My commission expires:  1/12/2019

                                                           **GERRE L MASON**
                                                           **NOTARY PUBLIC**
                                                           **STATE OF COLORADO**
                                                           NOTARY ID 19974020275
                                                 MY COMMISSION EXPIRES JANUARY 12, 2019

```
01/10/19              Pueblo County Sheriff's Office                    1506
13:45                  Civil Process Service Detail:          Page:        1

   Attempted   13:47:42 01/09/19          Attempted By  Medina A
  Street Addr  501 N ELIZABETH ST; POE
         City  Pueblo          State  CO  ZIP  81003      Location  PUE
   Successful  Y  Person Srvd  Janet Thielemir             Relation  DF
     Comments  (See below)
===============================================================================

Service Comments:

served/Papers were served then retrieved from the Defendant and returned to the
plaintiff with a full refund
```

```
01/10/19              Pueblo County Sheriff's Office                    1506
13:46                    Statement of Process Costs              Page:    1

Responsible Party:
JAMES FRANK WILLIAMS                      [ Process Number:     133330
1723 BONNY BRAE LN                        [ Court Case No.: 13DR30116/13JV434
Pueblo, CO   81001                        [ Garnishment
                                          [ Attachment

     JAMES FRANK WILLIAMS (Plaintiff)
     1723 BONNY BRAE LN        Pueblo, CO   81001

     JANET  THIELEMIR (Defendant)
     501 N ELIZABETH ST; POE   Pueblo, CO   81003

     Date       Seq Docno   Typ Description                        Amount
     ----------  ---  ------ --- -------------------------------   -----------
     01/08/19     1  98069  CR  Cash Receipt                          -10.00
     01/10/19     2  15416  CD  Cash Disbursed                         10.00
                                                                  -----------
                                FINAL REFUND DUE :                      0.00

I hereby certify that the refund due is correct and payable.  If not contacted
within ten days, this statement will be considered correct.

     Kirk M Taylor, Sheriff
     Pueblo County Sheriff's Office
     909 COURT St                                      By: _____
     Pueblo, Colorado   81003                              Deputy
```

---

**PUEBLO COUNTY SHERIFF'S OFFICE**
CIVIL ACCOUNT
909 COURT ST
PUEBLO, CO 81003-2909

VECTRABANK

23-315/1020

5812

1/10/2019

PAY TO THE ORDER OF   James Frank Williams                           $ **10.00

Ten Only******                                                          DOLLARS

James Frank Williams
1723 Bonny Brae Ln
Pueblo, CO 81001

MEMO  Non service 133330/2019                        /s/ Gene L Mason
                                                    AUTHORIZED SIGNATURE

⑈000005812⑈  ⑆102003154⑆  5793294579⑈

State of Colorado
Pueblo County Sheriff's Office
Civil Division
Pueblo, CO 81003

Process Number:      133328                    Court Number: 13DR30116/13JV434

I, Kirk M Taylor, Sheriff of Pueblo County Sheriff's Office do hereby certify that I received the within and foregoing Garnishment, Attachment on 8th day of January, 2019, and that I served the same on:

    JEFFERY EARL CHOSTNER                                    (Defendant      )
    701 COURT ST; POE
    Pueblo, CO  81003

I have made due search and inquiry and exercised due diligence, but I am returning the Garnishment, Attachment UNSERVED after making the following service attempts:

Service attempted on 9th day of January, 2019 at 13:26:44
No one available, may be in a meeting. Attempt was made to serve Defendant papers were returned to the plaintiff with a full refund/Medina A

Dated the 10th day of January, 2019

Fees:
    Service:        0.00            Kirk M Taylor, Sheriff
    Mileage:        0.00            Pueblo County Sheriff's Office, Colorado
    Other  :        0.00
    Total  :        0.00            BY: _____
                                      Authorized Representative
                                      Civil Division

Service Fee: $_____

Subscribed and sworn before me this  10TH  day of  January , 2019.
                                                    Notary Public
                                                  909 Court Street
                                                  Pueblo, Colorado   81003

My commission expires:  1/12/2019

                                                            GERRE L MASON
                                                            NOTARY PUBLIC
                                                           STATE OF COLORADO
                                                          NOTARY ID 19974020275
                               MY COMMISSION EXPIRES JANUARY 12, 2019

01/10/19
13:51
Pueblo County Sheriff's Office
Statement Of Process Costs

Case 1:18-mc-00007-LEK-DJS   Document 42   Filed 01/24/19   Page 10 of 18

1506
Page: 1

Responsible Party:
JAMES FRANK WILLIAMS
1723 BONNY BRAE LN
Pueblo, CO   81001

[ Process Number:      133328
[ Court Case No.: 13DR30116/13JV434
[ Garnishment
[ Attachment

JAMES FRANK WILLIAMS (Plaintiff)
1723 BONNY BRAE LN        Pueblo, CO   81001

JEFFERY EARL CHOSTNER (Defendant)
701 COURT ST; POE         Pueblo, CO   81003

| Date | Seq | Docno | Typ | Description | Amount |
|------|-----|-------|-----|-------------|--------|
| 01/08/19 | 1 | 98067 | CR | Cash Receipt | -10.00 |
| 01/10/19 | 2 | 15417 | CD | Cash Disbursed | 10.00 |

FINAL REFUND DUE :   0.00

I hereby certify that the refund due is correct and payable. If not contacted within ten days, this statement will be considered correct.

Kirk M Taylor, Sheriff
Pueblo County Sheriff's Office
909 COURT St
Pueblo, Colorado   81003

By: _____
         Deputy

---

**PUEBLO COUNTY SHERIFF'S OFFICE**
CIVIL ACCOUNT
909 COURT ST
PUEBLO, CO 81003-2960

VECTRABANK
23-315/1020

5813

1/10/2019

PAY TO THE ORDER OF   James Frank Williams         $ **10.00

Ten Only******                                                                  DOLLARS

James Frank Williams
1723 Bonny Brae Ln
Pueblo, CO 81001

MEMO  Non service 133328/2019

AUTHORIZED SIGNATURE

⑈000005813⑈ ⑆102003154⑆ 5793294579⑈

# STATE OF COLORADO
**Department of State**
1700 Broadway Suite 200
Denver, Colorado 80290



## Wayne W. Williams
Secretary of State of the State of Colorado

JAMES FRANK
PO BOX 11814
PUEBLO CO 81001

Dated: 12/20/2018
Validation Number: 20185041556

## We regret that it is necessary to return the attached documents for the following reasons:

1) See Additional Information below

## Additional Information:

Attempted to contact the number on the Oath of Office request form on December 11th and 18th with no response. Our office was unable to locate the requested Oath's of Office and Bonds. There is one request that is similar to an Oath of Office on file for a different county for Larry Schwartz. If a Certified Copy for Larry Schwartz is requested, please correct the request form for that Elected Official and resubmit along with a form of payment. A few options to locate the Oath's and Bonds requested may be to contact the Clerk and Recorder's office or contact the County Court for the Officials and Elected Officials Oath's and Bonds. If you have further questions please call 303-894-2200.

Thank you.

CK $5/CK #1340 — FLESHER
CK $5/CK #1341 — SCHWARTZ
CK $5/CK #1342 — EYLER
CK $5/CK #1343 — STYDUHAR
CK $5/CK #1344 — MATTOON

---

**PLEASE REVIEW THIS LETTER CAREFULLY. CORRECT THE RELATED DOCUMENT AND RETURN IT TO THE ADDRESS ABOVE WITH THE APPROPRIATE FEE, IF APPLICABLE.**

| Main Number | 303-894-2200 | | |
|---|---|---|---|
| TDD | 303-869-4867 | www.sos.state.co.us | RL rev. 1.1 |
| Fax | 303-869-4864 | Validation Number: 20185041556 | Printed: 12/20/2018 |

OF COLORADO
SECRETARY OF STATE
1700 BROADWAY, SUITE 200
DENVER, COLORADO 80290
190000040

0100190814 BDCS

Wayne Williams                                                              12-03-2018

Colorado Secretary of State
1700 Broadway Ste 200
Denver, CO 80290

RE: CORA request for Oaths and Bonds

Mr. Williams,

Enclosed you will find 5 requests for certified copies of oaths of office for 5 different judges and payment for these certified copies.

I would like copies of these as of the day that you receive this request via certified USPS mail. If no oath exists please include a letter with your seal that states this fact for each individual request.

Also please include a regular copy of each of these 5 judges' accompanying Bond or a statement again saying that no such bond exists, if that is the case.

Thank you

*/s/ James Frank*

James Frank

c/o PO Box 11814

Pueblo Colorado

[81001]

Certified Mail # 7017 1450 0001 4021 1981

# COLORADO SECRETARY OF STATE
Payment is required with request.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one): ☑ Oath of Office  ☐ Facsimile Signature Filing

Name(s)/Title on document: **Thomas Bradford Flesher**

Office held: **District Court Judge**

Jurisdiction: **Pueblo County**

☑ Most current date  OR  ☐ Date range: _____

[Check image from JW TRUCKING, 1723 Bonny Brae Ln., Pueblo, CO 81001, Check #1340, dated 12/3/18, Pay to the Order of Colorado Secretary of State, $5.00, Five + 00, Pueblo Bank & Trust, For: Flesher]

0 per copy to the regular fee)

Fee if expedited

$15.00 per copy

$10.00 per copy

### REQUESTING PARTY

Name: **James Frank**              Phone: **719-544-0259**

Address: **c/o PO Box 11814**   City: **Pueblo**   State: **Colo**   ZIP **81001**

☑ Mail  ☐ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____

OF_ORDER                             Page 1 of 1                             Rev. 1/25/2011

# COLORADO SECRETARY OF STATE
Payment is required with request.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):  ☑ Oath of Office    ☐ Facsimile Signature Filing

Name(s)/Title on document: **Larry Schwartz**

Office held: **District Court Judge/Magistrate**

Jurisdiction: **Pueblo County**

☑ Most current date   OR   ☐ Date range: _____

---

JAMES FRANK
JW TRUCKING
1723 BONNY BRAE LN.
PUEBLO, CO 81001

42-6/1070     1341

Date 12/3/18

Pay To The Order of **Colorado Secretary of State**    $ 5.00

**Five** 00/100 _____ Dollars

PUEBLO BANK & TRUST
3132 JERRY MURPHY RD.
PUEBLO, CO 81001

For SCHWARTZ

⑈1070000⑈ 200330942⑈ 1341

0 per copy to the regular fee)

Fee if expedited

$15.00 per copy

$10.00 per copy

---

## REQUESTING PARTY

Name: **James Frank**              Phone: **719-544-0259**

Address: **c/o PO Box 11814**     City: **Pueblo**    State: **Colo**   ZIP **81001**

☑ Mail   ☐ Pick up    Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____    Job Number: _____

OF_ORDER                           Page 1 of 1                          Rev. 1/25/2011

# COLORADO SECRETARY OF STATE
Payment is required with request.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):   ☑ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document: **Debra Eyler**

Office held: **District Court Judge/Magistrate**

Jurisdiction: **Pueblo County**

☑ Most current date   OR   ☐ Date range: _____

[Check image: James Frank, JW Trucking, 1723 Bonny Brae Ln., Pueblo, CO 81001; Check #1342; Date 12/3/18; Pay to the Order of Colorado Secretary of State $5.00; Five 00/100 Dollars; Pueblo Bank & Trust; For: Eyler; Signed]

(0 per copy to the regular fee)

Fee if expedited

$15.00 per copy

$10.00 per copy

### REQUESTING PARTY

Name: **James Frank**   Phone: **719-544-0259**

Address: **c/o PO Box 11814**   City: **Pueblo**   State: **Colo**   ZIP **81001**

☑ Mail   ☐ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____

# COLORADO SECRETARY OF STATE
Payment is required with request.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):   ☑ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document: **Gregory Styduhar**

Office held: **District Court Judge/Magistrate**

Jurisdiction: **Pueblo County**

☑ Most current date   OR   ☐ Date range: _____

```
JAMES FRANK
JW TRUCKING                                    1343
1723 BONNY BRAE LN.
PUEBLO, CO  81001
                                  Date 12/8/18
Pay To
The Order of  Colorado Secretary of State   $ 5.00
 Five + 00                                    Dollars
PUEBLO BANK & TRUST
2200 JERRY MURPHY RD.
PUEBLO, CO  81001
SINCE 1889

For  Styduhar               [signature]
```

0 per copy to the regular fee)

Fee if expedited _____

$15.00 per copy

$10.00 per copy

## REQUESTING PARTY

Name: **James Frank**   Phone: **719-544-0259**

Address: **c/o PO Box 11814**   City: **Pueblo**   State: **Colo**   ZIP **81001**

☑ Mail   ☐ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____

# COLORADO SECRETARY OF STATE
Payment is required with request.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):   ☑ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document: **Jillian Suzanne Mattoon**

Office held: **District Court Judge**

Jurisdiction: **Pueblo County**

☑ Most current date   OR   ☐ Date range: _____

[Image of check #1344 from James Frank / JW Trucking, 1723 Bonny Brae Ln., Pueblo, CO 81001, dated 12/3/18, Pay to the Order of Colorado Secretary of State, $5.00, Five + 00, Pueblo Bank & Trust, For: MATTOON]

10 per copy to the regular fee)

Fee if expedited

$15.00 per copy

$10.00 per copy

## REQUESTING PARTY

Name: **James Frank**   Phone: **719-544-0259**

Address: **c/o PO Box 11814**   City: **Pueblo**   State: **Colo**   ZIP **81001**

☑ Mail   ☐ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____