RE 125 418 881 US

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 24 2019

Eighth Judicial District Case # 18cr315 - Maricopa County Superior Court Case # CR2018006254001



| United States District Court for the District of New York - Albany James T. Foley U.S. Courthouse Suite 509; 445 Broadway Albany, NY 12207 | |
|---|---|
| Garnishments in USDC DC *On and for the behalf of the* UNITED STATES | [18-mc-7 ***In re: David Merrill***] *Citing Doc 30, Page 9 of 40 herein* |

**Notice of Vacant Offices**

**Garnishment - Julie Kuntz FIELD for $3,250,000.00**

**COMES NOW**, Patrick Neill of the family MORENO and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file and publish this Notice of Vacant Offices that have resulted in exigent circumstances where court review is impracticable. Therefore this cause is ripe for garnishment under Rule B(1)(a). This Notice is evidence that will suffice to prove court review is impracticable should Julie Kuntz FIELDS request an E(4)(f) hearing. The above garnishment amount continues to grow pending a call or visit from the Surprise, Arizona authorities assuring they will not be pursuing any of these warrants from any jurisdiction in the future. That is to say that any cause involving criminal charges from Patrick Neill's past is null and void primarily due to Julie Kuntz FIELDS being from the federal judiciary in her career past knowing that the oath of offices are across the board fraudulent and deviant in form, so that there cannot possibly any hearings where Patrick Neill could be arraigned knowing he has the right to understand the nature and cause of any prosecutions in any state, county or municipal court.

Patrick further submits refusal for cause on Eighth Judicial District Attorney, CLIFFORD E REIDEL, for deviant oath and fraud; Mr. REIDEL's oath is representing the Eight Judicial

RE 125 418 881 US

District, District Attorney; while his oath below is for Office of Eighth Judicial District, **DEPUTY** District Attorney; fraud. The Eighth Judicial District Attorney office is vacant. Additionally, Eighth Judicial District Deputy District Attorney Gordon McLaughlin, who prosecuted Patrick Neill in 18cr315, was witnessed by "District Attorney", Clifford E Reidel, who has no oath due to aforementioned fraud. Ms. Fields has previously been dismissed for her deviant oath on this record. (Doc 30)

This Notice is published as reference to edify any clerk of court as to the nature of this garnishment. DeLovio v. Boit (1815 USSC STORY) stands as clear evidence that any insurance contract (FDIC) is ruled in admiralty. Fractional lending and reserve banking depend on insurance against bank runs. The trustee cannot prosecute trustee within the trust and so equity is the only functional arena for suit. However, it is clear that the courts fraudulently portray themselves to be judicial in function and the suits are clearly portrayed as judicial benches and judicial officers presiding; all in equity. To pick up any such cause is racketeering in collusion with misprision of treason against the constitutions these same equity "judges" pretend to dearly uphold.

Patrick Neill paid a visit to the Arizona Secretary of State's Office on January 11, 2018. He was sent by the Secretary of State to get the "oath" of SUPERIOR COURT "commissioner" BARBARA L. SPENCER at Maricopa County Clerk of Court. Returning to the Arizona Secretary of State on the following Tuesday, Clerk "Marin" informed Patrick the above pictured instructions provided on the preceding Friday were wrong and the SECRETARY OF STATE did maintain records for "commissioner" SPENCER; **however, her particular OATH OF OFFICE was not currently on file in their office.** A follow-up on January 17, 2018 via telephone, Patrick Neill was told the oath was still unavailable. Therefore, any issuance, orders, judgments or decrees are null and void as the office is vacant. Marin asked Patrick return another day (indefinitely) even though "commissioner" SPENCER further detained Patrick with a $5,000.00 bond in Arizona for a FUGITIVE OF JUSTICE charge.

RE 125 418 881 US



State of Arizona Office of the Secretary of St

**Public Records Request**

SEND BY MAIL TO:

OR return the form in person:

PHOENIX - State Capitol Executive Tower TUCSON

Office Hours: Monday through Friday

Website: www.azsos.gov

~ PUBLIC RECORDS REPRODUCTION

Document Information Check One: Paper copy [X] Certified Copy Electronic Copy Records inspection

Oath of Office

BARBARA L SPEAKER

[X] Please notify me to pick up this record in person

2. Use of Record – Review the laws on page 2

[X] I have reviewed and read the information on the back of this form

[X] NON-commercial purposes [ ] COMMERCIAL purposes

3. Contact Information

Patrick Neil

C/o 18105 W. Ivy Lane Surprise Az. 85388

4. Signature

By: Patrick Neil

1/12/19

The following two-page images describe authorizing attorney for Dennis BLACKWELL (the Bondsman) issuing an Order; Proposed Order for Julie Kuntz FIELDS to sign.

RE 125 418 881 US



Larimer County Court
201 Laporte Avenue, Suite 100
Fort Collins CO 80521 United States

PATRICK NEILL MORENO
18105 W IVY LN
SURPRISE AZ 85388

To: Patrick Neill Moreno

Subject: Service of documents in 2018CR315

You are being served with documents filed electronically through the Colorado Courts E-Filing system. Please review the following details concerning this service.

* Court Location: Larimer County
* Case Number: 2018CR315

* Filing ID: N/A
* Filed Document Title(s):
  * Order: Proposed Order for 90 day Stay of Bail Forfeiture Judgment
* Submitted on Date/Time: Wed Jan 09 18:30:02 MST 2019
* Submitted by Authorizing Organization:
* Submitted by Authorizing Attorney: Larimer County Court

If you have a question about the above listed case, please contact the court. Information for all Colorado court locations is listed on the Colorado Judical Branch website http://www.courts.state.co.us/Index.cfm.

RE 125 418 881 US

JAN 07 2019

| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE, SUITE 100<br>FT COLLINS, COLORADO 80521 | DATE FILED: January 9, 2019 |
|---|---|
| People of the State of Colorado<br><br>vs.<br><br>PATRICK NEILL MORENO | COURT USE ONLY |
| Janice Titus<br>426 W. 10th Street<br>Pueblo, Colorado 81003<br>719 583-9680<br>License Number: 403480 | Case Number: 2018CR315<br><br>Division: 3B |

ORDER FOR 90 DAY STAY OF BAIL FORFEITURE JUDGMENT

**THIS MATTER** came before this Court upon the motion of the surety pursuant C.R.S. 16-4-110 (C)(I), seeking that the sureties request for a 90 day extension be granted.

**IT IS THEREFORE ORDERED** that the Bail Forfeiture Judgment be stayed for 90 days, pending extradition of the Defendant

**DONE IN CHAMBERS** this 9th day of January, 2019.

BY THE COURT:

DISTRICT COURT JUDGE

RE 125 418 881 US

Being that Julie Kuntz FIELDS is not a bonded judge - that her oath is deviant and therefore being a knowledgeable attorney, she is a fraud, it is inappropriate and illegal for her to be signing dispositions regarding Patrick Neill. After Refusal for Cause on BONDSMAN DENNIS BLACKWELL's $7500 billing "judge" FIELDS has proceeded to threaten Patrick with extradition. admittedly knowing Patrick has no appellate remedy and therefore cannot be arraigned. Following are email correspondences showing the hostility and false reporting - forgery - being committed by Dennis BLACKWELL. Attorney Janice TITUS is copied.

-------- Original message --------
From: Dennis Blackwell <dennis@dennisblackwellbailbonds.com>
Date: 12/26/18 11:38 AM (GMT-07:00)
To: Francisco Moreno <MORENOFG@cox.net>
Cc: janicektitus@aol.com
Subject: Re: contact

Mr. Moreno,
Janice Titus of Blackwell Bail Bonds in Pueblo received a Refusal For Cause, on the $7500.00 bond forfeited by the court for Patrick Moreno failure to appear. i advise you to give me a call, Patrick is a fugitive from justice. Your welcome to do it your way and your going to lose and Patrick is still going to jail
Sincerely
Dennis Blackwell

On Wed, Dec 12, 2018 at 9:39 AM Dennis Blackwell <dennis@dennisblackwellbailbonds.com> wrote:

---------- Forwarded message ---------
From: **Patrick Moreno** <patricknmoreno@gmail.com>
Date: Wed, Dec 12, 2018 at 8:40 AM
Subject: Re: contact
To: Dennis Blackwell <dennis@dennisblackwellbailbonds.com>
Cc: Francisco Moreno <MORENOFG@cox.net>

Please send the bill to my dad asap so it can be settled. Please email and send a mail copy for my fathers records.

On Wed, Dec 12, 2018, 8:06 AM Dennis Blackwell <dennis@dennisblackwellbailbonds.com> wrote:
I am not the Court and I want judge on how the Court process is treating you, however the Court stated you failed to appear and issued warrants for arrest. With that being said your dad is going to have pay the bond out of Larimer County for $7500.00 Case Number: 2018CR315.
I have not received any notice from the Court out of El Paso County for the failure to appear on Case Number: 2017CR6545. You and dad need to give me a call as soon as possible. As you can see in the attachment the bond of $7500.00 is due on January 27, 2019. You have two options to satisfy this:

1. Turn yourself in to Larimer County before January 27, 2019.
2. Your dad has to pay the $7500. bond judgment before January 27, 2019.

If neither of the two options are not satisfied by January 27, 2019, you will leave me no choice but to hire a attorney in Arizona and start a collection against you dad. I hope we can get this taken care of without any more legal consequences for yourself or your father.

Sincerely
Dennis Blackwell

On Wed, Dec 12, 2018 at 7:37 AM Patrick Moreno <patricknmoreno@gmail.com> wrote:
Mr. Blackwell,

My father said you called. I understand you also told him I had missed court. That is incorrect. What has really happened is the bond extension you provided me in 18cr315 was changed by the clerk of court on two separate occasions. It was hand-written and this amended the bond document. I notified your office that I did not have a bond. After that happened, on BOTH occasions, I called your office and explained the clerk altered the bond document. I was told it was "noted". I had no idea this altered my status

RE 125 418 881 US

of being bonded. Furthermore, upon investigation, both Judge Deborah Grohs and Julie Fields, judges in my cases, have no valid oath of office on record with the Secretary of State of Colorado. These "oaths" have been altered and these administrative clerks are not even bonded to do business. I have refused for cause these oaths and copies can be obtained from the clerk of court in both cases. The Colorado constitution is clear as to what their oaths should say. They are deviant oaths and they are not bonded. You are well aware of the things they have done so I am surprised you contacted me knowing this.

As a result, the agreement was nullified by the deviant oaths of both "judges" Fields and Grohs.

You will also see that the court has since received a filing on December 7, 2018 via certified mail tracking number whereby all of their claims have been nullified. On December 11, 2018 a man going before the records clerk for El Paso County was denied a copy of this filing even though it should be public record. There is a reason they are denying copies, bond fraud.

I have to be honest, I'm extremely agitated that my rights have been visibly violated, and laws broken. Your representative witnessed these individuals commit crimes against humanity and continued to do as the court requested, despite it was unlawful. And, I informed you of a $50,000 bond for a "charge" that no paperwork was filed on? No hearing for 28 days? And no explanation?

I have filed counterclaim against all state actors with you as the only exception. I was deceived by the court and I feel it was also your duty to ensure my bonding was legitimate It is fraud when changes are made and it is processed with misrepresentation on the part of state actors. And your representative permitted it to continue. Someone should have called the bailiff and had the clerk arrested for fraud. I had no idea I never had a bond, simply because the clerk change case numbers before filing the document without my permission and unbeknownst to me. Again, I have no intention of pursuing legal matters with you unless further provoked with threats of my freedom using obvious fraud.

Consequently, if you have any further outstanding bill, please forward that to my father's address you have on file. I am getting emails of all correspondence immediately upon receipt. And, while I fully intend to cooperate in law, I will not consent to any proceedings whereby judges are not properly bonded. It does not take any expert to compare these oaths to Colorado's constitution and see they do not match in their language, thus vacating their seat per that same authority.

If you have any further questions, please do so in writing to the address you have for my father. He is handling all of my mail and will be sure that I get the correspondence.

Sincerely,

Patrick Neill

Bar attorney FIELDS, pretending to be LARIMER COUNTY DISTRICT COURT JUDGE in "CHAMBERS" forged an ORDER FOR 90 DAY STAY OF BAIL FORFEITURE JUDGEMENT whereby a false affidavit was completed by SURPRISE POLICE OFFICER, B. GUNDRY/2271.

RE 125 418 881 US

Offense Location: 18105 W IVY LANE SURPRISE AZ
Offense Date: 2018-09-21
Arrest Location: 18105 W IVY LN
Date: 2018-12-28 Time: 21:13

**B. PROBABLE CAUSE STATEMENT**

1. Please summarize and include the facts which establish probable cause for the arrest:

ON 12/28/18 AT APPROXIMATELY 2113 HOURS CONTACT WAS MADE WITH ALPHA TEAM BAIL ENFORCEMENT AGENT N. PEL-LEGRINO WHO HAD PATRICK MORENO DETAINED FOR HIS TWO ACTIVE EXTRADITABLE WARRANTS OUT OF LARIMER, COLOR-ADO AND EL PASO, COLORADO. UPON A WANTS/WARRANT CHECK PATRICK MORENO ALSO HAD A CONFIRMED ACTIVE WARRANT OUT OF NORTH VALLEY JUSTICE COURT FOR FAIL-URE TO PAY OR COMPLY WITH COURT ORDERS FOR HIS ARS 28-1381A1- DUI CHARGE ON 11/23/2003.

LARIMER, COLORADO AND EL PASO, COLORAGO AGENCIES WERE UNABLE TO PROVIDE COPIES OF THEIR ACTIVE WAR-RANTS DUE TO THEIR RECORDS DEPARTMENT NOT BEING IN OFFICE UNTIL 12/31/18.

PATRICK WAS BOOKED ON HIS CONFIRMED ARREST WARRANT OUT OF NORTH VALLEY JUSTICE COURT FOR ARS 28-1381A1 - DUI.

WARRANT NUMBER: TR010403

OFFENSE DATE: 11/23/2003

OFFENSE: 28-1381A1 DUI

COURT: NORTH VALLEY JUSTICE COURT

SIGNED BY JUDGE: GERALD WILLIAMS

BOND AMOUNT: $1,135.00

Surprise Police Department, Officer B. GUNDRY/#2271 met with bail agents and, based upon forged documents by attorney ("judge") FIELDS, Patrick was arrested and booked into Phoenix's 4th Avenue Jail on December 29, 2018.

RE 125 418 881 US




Patrick's unlawful detainment was reported to the MARICOPA COUNTY SHERIFF'S OFFICE (MCSO) no less than ten times and all requests were denied. On January 6, 2018, Patrick sent INMATE REQUEST FORM advising his cost for unlawful detainment was $250,000.00 per day, in lawful money per 12 USC 411. These charges were endorsed by the MCSO DETENTION OFFICER on 1/6/19 at 1300 hours and later by INMATE LEGAL SERVES (ILS) on January 7, 2019. The billing instrument was returned to Patrick January 10, 2019 indicating the request was forwarded to an unknown entity called "extradition unit".

RE 125 418 881 US

Check One: ☐ 1. Library ☐ 2. Religious ☒ 3. Legal ☐ 4. Programs ☐ 5. Other 1/6/19 (PN)

Maricopa County Sheriff's Office
Paul Penzone, Sheriff
**Inmate Request Form**
**Formulario de Solicitud para presos**

| | |
|---|---|
| Name (Nombre): Patrick Neill Moreno | Jail (Carcel): 4th Ave |
| Booking No. (Numero Fichado): T576054 | House (Casa): 2D1 |
| Date of Birth (Fecha De Nacimiento): [illegible] | Cell (Celda): 34 |

1. **Inmate Library Request (Biblioteca)** ☑ English ☐ Español

Inmates are provided a variety pack of reading materials. Each jail receives a delivery once per month. NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
☐ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

2. **Inmate Religious Request (Solicitud Religiosa)**
Religion: ☐ Catholic (Catolico) ☐ Protestant (Protestante) ☐ Muslim (Musulman) ☐ Other religion (Otra religion) ____

I.L.S.
REC'D JAN 07 2019
REC'D JAN 10 2019

Request (Solicitud): ☐ Bible (Biblia) ☐ Bible Study (Estudio biblico) ☐ Inspirational Material (Material inspirante) ☐ Religious Counseling (Consejo religioso) ☐ Religious Diet (Dieta religioso)

3. **Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

4. **Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio) ☐ GED ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

5. **Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte) ☐ Release date (Fecha de liberar) ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal) ☒ Other

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o pregunta. Escribir claramente.) I need a copy of the magic document or documents that grant Arizona permission to continue to unlawfully detain me. My "Article Judges" are both accused in a Court of Record Federal Case 18-mc-7 (IN RE KERRILL). Everyday I am unlawfully detained my costs are $250,000 per day. Either produce paperwork to keep me here or release me. 12 USC 411

Inmate Signature: By Patrick Neill

Receiving Officer
Date: 1/6/19 Time: 1300
Signature: [illegible]

Response (if needed): Mr. Moreno, your request for paperwork or release is not available through ILS. ILS has forwarded your request to the extradition unit for your query.

5000-002 R 06/10 WHITE – Officer YELLOW – Inmate B4209

This true bill is being executed at $250,000.00 per day of imposed acting held to perform as "Defendant" from the day of billing, January 6th, 2019 to current service day Registered Mail of January 18, 2019 and still growing fees daily. The City of Surprise, namely the local police must contact Patrick Neill, or through his father Francisco signing the bond forms, and inform them both that there will be no further arrest and detainment actions from any past alleged criminal accusations formed from any of this, in any state. Thirteen days times $250K equals $3,250,000.00 US dollars lawful money.

RE 125 418 881 US

**State of Arizona )**
**) JURAT**
**County of Maricopa )**

**Subscribed and sworn, Patrick Neill, before me this 18th day of January, 2019; an Original Notice of Vacant Offices Garnishment – Julie Kuntz FIELD for $3,250,000.00.**

**by __________________________.**
**Patrick Neill – Trustee of Resulting Trust**

**(seal)** 

Amy D. Hale
Notary Public
Maricopa, Arizona
My Comm. Expires 01-31-2022

__________________________
**Notary Public**

**Addresses:**

The Albany USDC address is at the top of the header. Registered Mail # RE 125 418 881 US

The honorable Justice Brett Michael KAVANAUGH
US Supreme Court
1 First Avenue NE
Washington, DC 20543

Registered Mail # RE 125 418 878 US

RE 125 418 881 US

CEIVED
AN 1 4 2005
TIONS / LICENSING
RETARY OF STATE

**This is to Certify** that I have this day appointed

OATH_OFFICE
SECRETARY OF STATE
01/14/2005 10:39:55

HE IS D.A., NOT ASSISTANT

**CLIFFORD E. RIEDEL**

as Assistant District Attorney in and for the Eighth Judicial District, State of Colorado, with full power and authority to act during my Term of Office, unless this appointment should be sooner revoked.

Witness my hand and seal this 11th day of January, A.D. 2005.



Refusal for Cause

Fraud office vacant

LARRY R. ABRAHAMSON
DISTRICT ATTORNEY

**EIGHTH JUDICIAL DISTRICT ) ss.**
**STATE OF COLORADO )**

**OATH**

I, **Clifford E. Riedel**, do solemnly swear, by the ever-living God, or affirm, that I will support the Constitution of the United States of America and the Constitution of the State of Colorado, and that I will faithfully perform the duties of the Office of Assistant District Attorney, upon which I am about to enter, to the best of my skill and ability, so help me God.

Not ASSISTANT

CLIFFORD E. RIEDEL
ASSISTANT DISTRICT ATTORNEY

Subscribed and Sworn before me this 11th day of January, A.D. 2005.

JAMES H. HIATT
CHIEF DISTRICT COURT JUDGE

STATE OF COLORADO
DEPARTMENT OF STATE
I hereby certify that this is a true and complete copy of the document this office and
DATED
Secretary of State
BY

RE 125 418 881 US



CLIFFORD E. RIEDEL
DISTRICT ATTORNEY
EIGHTH JUDICIAL DISTRICT

20175005126 C
OATH_OFFICE
SECRETARY OF STATE
01/16/2017 07:57:55

GORDON P. MCLAUGHLIN

A resident of the State of Colorado, who has taken and subscribed the necessary oaths and possesses the character and legal requirements to fulfill the duties and responsibilities of a Deputy District Attorney, is hereby appointed as a Deputy District Attorney in and for the Eighth Judicial District, State of Colorado, with full power and authority to act during my Term of Office, unless this appointment should be sooner revoked.

Witness my hand and seal this 10th day of January, A.D. 2017.

RECEIVED
JAN 1 8 2017
ELECTIONS
SECRETARY OF STATE

CLIFFORD E. RIEDEL
DISTRICT ATTORNEY

EIGHTH JUDICIAL DISTRICT ) ss.
STATE OF COLORADO )

OATH

I, Gordon P. McLaughlin, do affirm that I will support the Constitution of the United States of America and the Constitution and laws of the State of Colorado, and that I will faithfully perform the duties of the Office of Deputy District Attorney, upon which I am about to enter, to the best of my skill and ability.

GORDON P. MCLAUGHLIN
DEPUTY DISTRICT ATTORNEY

Subscribed and Sworn before me this 10th day of January, A.D. 2017.

STEPHEN E. HOWARD
CHIEF JUDGE

No! Oath as D.A.
Refusal for Cause
Missing "ever-living God!"
No witness
No!
Oath is for Assistant District Attorney

# State of Arizona
## Department of State



To all to whom these presents shall come, Greetings:

I, Michele Reagan, Arizona Secretary of State, on behalf and in the name thereof, do hereby appoint and commission as a Notary Public

**Amy D Hale**

in and for the State of Arizona and the County of Maricopa and do authorize and empower the above named individual to discharge the duties of the office according to law for a term commencing on February 1, 2018 and expiring on January 31, 2022.

| | |
|---|---|
| Notary Name: | Amy D Hale |
| Commission #: | 540223 |
| Begin Date: | February 1, 2018 |
| End Date: | January 31, 2022 |
| Notary ID: | 299643 |




IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, February 08, 2018.

Michele Reagan

Michele Reagan
Secretary of State

Verification URL: go.azsos.gov/f8xm