

Colorado State District Cases - Fourth Judicial District 17-cr-6545; Eighth Judicial District 18-cr-153

| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 | [18-mc-7 *In re: David Merrill*]<br><br>Citing Doc 30, Page 9 of 40 herein |
|---|---|
| Garnishments in USDC DC<br>*On and for the behalf of the*<br>UNITED STATES | |

**REFUSAL FOR CAUSE**

**Perfect Example of Racketeering**

    **COMES NOW**, Patrick Neill of the family MORENO and Redeemed. I am his father Francisco MORENO and am party in interest and being billed. Please find the attached Power of Attorney. Patrick Neill is calling me from jail in Colorado and keeping me informed of the scant details about what appears to be a completely deflated attempt at prosecution by the State of Colorado, detailed below. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

    Dear Clerk of Court;

    Please file and publish this Refusal for Cause on billing from Dennis BLACKWELL. The original presentment is mailed back to Dennis at the mailing address on the bill with a copy of this clerk instruction and a copy of the refusal for cause is included with this original clerk instruction. A copy is mailed to the honorable Justice Brett Michael KAVANAUGH at the US Supreme Court. Several copies are being mailed as indicated below including one to Dennis BLACKWELL's attorney in Colorado Springs.

    The special visitation by Justice KAVANAUGH is effective in that the prosecution against my son Patrick Neill has apparently deteriorated into simple torture by jailing and 'diesel therapy' - being moved from his home in Surprise, Arizona, to jail in Phoenix and then to jail in

Ft Collins, Colorado. Some of the details about billing and cause are found herein this Albany Remand:

    Doc 30, Page 13 of 40 for $975,000.00

    Doc 43, Garnishment on Julie Kuntz FIELD for $3,250,000.00

The primary point being that Dennis BLACKWELL and/or his agent knowingly allowed the clerk of court to alter a bond extension with the result, if not intention of jailing Patrick for violating bail bond.

I find it very disturbing how the justice system is treating my son. Primarily that for being the alleged Defendant he is being kept in the dark, and it would seem that the only prosecutor is the bondsman billing me for his extradition. That is how it felt from the beginning late last year. The only person threatening Patrick was the bondsman, Dennis BLACKWELL. He called and threatened me over the phone too. First there was allegedly a Governor's Warrant, that was never produced. Patrick was arrested and jailed without any warrant being shown, and no copy provided. Then Patrick was threatened verbally by deputies guarding him in jail with felony *Fugitive from Justice* charges and twelve to fourteen years in prison, for not showing for court on ambiguous charges about a dismissed DUI and leaving a dog tied up and petted by the security guard, for a moment while he ran into the public library.

After the first "hearing" it appears that the charges are still unclear, for which Patrick has allegedly failed to appear. The nature of the hearing is still unknown and no Register of Action is being provided to either Patrick or myself. There is no bond possible and so Patrick should be informed in writing with certified correct information about the nature and cause against him. From the phone calls Patrick is still completely uninformed and has not been arraigned. Monday 3/4/19 Patrick told me there was some kind of informal hearing where with a prosecutor in which he was expected to memorize believe the verbal information and legal advisements of alleged attorneys of questionable credentials without being given any credible charge details.

Now with this bill it would appear that the State of Colorado is refusing to pay for the extradition costs, that were allegedly upon a Governor's Warrant. There are so many deviant oaths of office and vacant offices, that is the only way I can make sense out of all this. My son and I are the victims of a riot. Pretend actors are dumping responsibility on Dennis BLACKWELL for making a bogus arrest and prosecution. And now I am expected to pay the bill? Actors pretending to be judicial officers are managing this riot in a manner of criminal

syndicalism and racketeering. Several garnishments await the formal end of the US Government bankruptcy restructure - aka US Government Shutdown, for execution of summons and garnishment process by the USDC clerk of court. Since there never was any executive order for the Shutdown, it is only clear that once the restructure is over, the US cannot declare another Shutdown for seven years.

In summary I believe that the State of Colorado lacks a Governor Warrant signed by the State of Arizona Governor Douglas Anthony DUCEY. Additionally it is doubtful, in the vacuum of arraignment information that any warrant for arrest exists at all from northern Colorado. The billing herein refused for cause convinces me that Patrick Neill, my son is victim of a false arrest executed by bondsman Dennis BLACKWELL, for whatever unknown motivation. I have told Dennis not to communicate with me because he is a malicious and rude man, who lacks the ability to conduct his business civilly and professionally.

*Francisco Moreno*

Trustee of the Resulting Trust
Power of Attorney attached

State of Arizona
County of Maricopa
The foregoing instrument was acknowledged before me on this 8 day of March 20 19
by Francisco Moreno
who is personally known to me or has produced
Drivers license as identification
*Notary's Signature*

Elizabeth Gibbs
Notary Public
Maricopa County, Arizona
My Comm. Expires 09/12/21

# State of Arizona
## Department of State



To all to whom these presents shall come, Greetings:

I, Michele Reagan, Arizona Secretary of State, on behalf and in the name thereof, do hereby appoint and commission as a Notary Public

**Elizabeth Gibbs**

in and for the State of Arizona and the County of Maricopa and do authorize and empower the above named individual to discharge the duties of the office according to law for a term commencing on September 13, 2017 and expiring on September 12, 2021.



| | |
|---|---|
| Notary Name: | Elizabeth Gibbs |
| Commission #: | 533705 |
| Begin Date: | September 13, 2017 |
| End Date: | September 12, 2021 |
| Notary ID: | 203327467 |

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, September 25, 2017.

*Michele Reagan*

Michele Reagan
Secretary of State

Verification URL:   go.azsos.gov/fdt3

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, Patrick Moreno, of Box 316, Fort Madison, Iowa, have made, constitute, and appointed and by these presents do make, constitute, and appoint Francisco G. Moreno, of 18105 W. Ivy Lane, Surprise Arizona, my true and lawful attorney for me and in my name, place and stead, to do (state here matters in which authority is granted): To discuss personal business matters; and educational needs with institutions; and lenders; the University of Northern Iowa, creditors and lenders pertaining to student loans; And, any and all personal and/or legal matters that require permissions and endorsements on behalf of Patrick. There are no matters that are excluded from this authority.

giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done in and about the premises as fully to all intents and purposes as I, the above named, might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF I have hereunto set my hand and seal the 2nd day of April, 2014.

Signature: _____

Box 316
Fort Madison, Iowa 52627

State of Iowa  }
              } SS
County of Lee }

On this 2nd day of April, 2014 before me Robert E. Schneider a Notary Public in and for the County of Lee in the State of Iowa, duly commissioned and sworn, personally came and appeared _in person_, to me personally known and known to me to be the same person described in and who executed the foregoing power of attorney and he acknowledged the within Power of Attorney to be his free act and deed.

In testimony whereof, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.

_____
Notary Public

# BLACKWELL BAIL BONDS

426 W. 10TH STREET
PUEBLO, COLORADO 81003
Phone: 719-583-9680
E-Mail: Janice@blackwellbailbonds.com  Web: BLACKWELLBAILBONDS.COM

## Investigation invoice:

**BILL TO:**
FRANCISCO MORENO
18105 W. IVY LN
SURPRISE, AZ 85388

Date: 2/25/19

RE: PATRICK MORENO

Case: 18CR315-LARIMER COUNTY

| Date: FTA/APPREHENDED | Time | Description | Unit Price | Total |
|---|---|---|---|---|
| 9/21/18-12/28/19 | 15 HOURS | PREPARATION OF FTA FILE/FAILURE TO APPEAR INVESTIGATION/BOOKING INTO JAIL/RELEASE OF BOND | 100.00 | 1500.00 |
| | | BOUNTY INVESTIGATOR THAT PICKED PATRICK UP HOME AND BOOKED HIM INTO MARICOPA COUNTY JAIL | | 750.00 |
| 1/7/19 | | MOTION TO LARIMER COUNTY REGARDING FORFEITURE | 150.00 | 150.00 |
| | | USPS MAILING | 6.70 | 6.70 |

IF NOT PAID BY THE DUE DATE, THE FILE WILL BE TURNED OVER TO:
ATTORNEY KENT DAVIDSON
305 MAIN ST #_
COLORADO SPRINGS, CO 8_911

| | |
|---|---|
| Subtotal: | 2406.70 |
| Miscellaneous: | |
| Amount Due: | 2406.70 |
| DUE DATE | 3/15/19 |

IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CONTACT ME.

THANK YOU,
JANICE TITUS

(stamped across document: REFUSAL FOR CAUSE)