| | |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 |  |
| Garnishments on US Treasury<br>On and for the behalf of the<br>UNITED STATES | |
| | [18-mc-7 *In re: David Merrill*]<br><br>Citing Doc 12, Page 23 of 29 herein |
| | **Refusal for Cause** |

COMES NOW, Louis Alberto of the family COLON and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa. The Original Refusal for Cause is served on the Dragon Court.

Dear Clerk of Court;

Please file and publish this Information. Garnishments upon the US Treasury develop waiver of tort upon criminal syndicalism and racketeering.

_Luis Alberto_
Trustee of the Resulting Trust

_Patel_  5/20/2019

MAYUR PATEL
Commission # 50100954
Notary Public, State of New Jersey
My Commission Expires
March 15, 2024



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0025



| Notice | CP15 |
|---|---|
| Tax Year | 2017 |
| Notice date | May 13, 2019 |
| Social Security number | 716 |
| To contact us | 800-829-0922 |
| Your Caller ID | 273090 |
| Page 1 of 2 | 1BH |

045420.147272.482250.2374 1 AV 0.383 540



LUIS A COLON

045420

## Notice of Penalty Charge

666

You have been charged a penalty under Section 6702(a) of the Internal Revenue Code for Civil Penalty for Frivolous Tax Returns.

### TAX STATEMENT

| | |
|---|---|
| Prior Balance | $5,000.00 |
| Penalty Assessment | $5,000.00 |
| Interest Charged | $5.76 |
| Bad Check Penalty | $0.00 |
| Balance Due | $10,005.76 |

*REFUSAL FOR CAUSE* (stamped in red across document)

COPY



| Notice | CP15 |
|---|---|
| Tax Year | 2017 |
| Notice date | May 13, 2019 |
| Social Security number | 716 |
| Page 2 of 2 | 18H |

We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but—

A.
1. fails to include information on which the substantial correctness of the self-assessment may be judged or
2. includes information that on its face indicates that the self-assessment is substantially incorrect and

B.
1. the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or
2. the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.

If your refund claim is pending for six months or more and the IRS has not issued a notice of claim disallowance with regard to the claim, you may file suit in the United States District Court or United States Court of Federal Claims to contest the assertion of the penalty at any time. Once the IRS issues a notice of claim disallowance, however, you must file suit in the United States District Court or The United States Court of Federal Claims within two years of the date the IRS mails a notice of disallowance to you denying the refund claim.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.

**REFUSAL FOR CAUSE** (stamped across document in red)

COPY

## Addresses

✓ The Albany USDC address is at the top of the header. CERTIFIED MAIL: 7018 0360 0001 2166 6168

✓ National Judicial Council      Original      International Mail   1
16 Szalay utca, H-1055
Pf. (PO Box) 24. H-1363
Budapest, Hungary.

✓ Steven Turner Mnuchin
US GOVERNER FOR THE IMF
1500 Pennsylvania Ave NW
Washington D.C. 20220-0001

✓ General Counsel - Administrative Office of the US Courts
One Columbus Circle, NE; Room 5-300 Billing
city of Washington, District of Columbia. 20544

✓ Rectified Scottish Rite Freemasonry
The Supreme Council, 33°, SJ, USA
1733 16th St. NW
Washington, DC 20009-3103

✓ Hungarian Honorary Consulate in Liverpool, United Kingdom    INTERNATIONAL 2
Attn: ZSIGMOND/HOGELAND
43 Rodney Street
Liverpool L1 9EW
United Kingdom

✓ United Nations Secretary General Antonio GUTERRES
1 United Nations Plaza
New York, New York. 10017

✓ Club de Paris - IMF      International Mail   3
139, rue de Bercy -
75572 Paris Cedex 12, France

**State of New Jersey**
**Department of the Treasury**

NJ Home | Services A to Z | Departments/Agencies | FAQ

Translate this Page »   Select Language
Disclaimer

Division of Revenue and Enterprise Services

Treasury Home | Revenue Home | Registrations | Certifications | Tax Filings | NJBGS | Online Services | Business Portal | Contact Revenue

## NOTARY PUBLIC SEARCH

Welcome to the New Jersey Notary Public search service. This is an informational file that lists active New Jersey Notaries Public, along with information on their commission periods (valid through dates) and location (city and zip). The service is for informational purposes only. If you need a certification relative to a notary's status, including an Apostille, please visit our certification service page.

Currently 144013 Notaries on file

Search by:

● Last Name
○ City
○ Zip Code

patel    [Search]  [Clear Entries]

[Click Here to View Complete List]

| NAME | CITY | ZIP CODE | Commission Valid through |
|---|---|---|---|
| PATEL, MAYA | BORDENTOWN | 08505- | 29-NOV-21 |
| PATEL, MAYANK | JERSEY CITY | 07306- | 02-APR-20 |
| PATEL, MAYUR | ROSELLE PARK | 07204- | 15-MAR-24 |
| PATEL, MAYURI | MOORESTOWN | 08057- | 04-AUG-22 |
| PATEL, MAYURKUMAR | ROSELLE PARK | 07204-1407 | 15-DEC-19 |

AVENEL
1065 RAHWAY AVE
AVENEL, NJ
07001-9998
3303600431

05/20/2019 (800)275-8777 1:43 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Green Succulent | 1 | $1.15 |
| First-Class Mail Letter (Domestic) (ALBANY, NY 12207) (Weight:0 Lb 0.90 Oz) (Estimated Delivery Date) (Wednesday 05/22/2019) | 1 | $0.55 |
| Certified (@@USPS Certified Mail #) (70180360000121666168) | 1 | $3.50 |
| Return Receipt (@@USPS Return Receipt #) (9590940238448032181846) | 1 | $2.80 |
| Total | | $8.00 |
| Cash | | $20.00 |
| Change | | ($12.00) |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5070-0001-002-00009-48888-02

or scan this code with your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

MR & MRS L COLÓN
c/o 106 CRASKE ST
WOODBRIDGE, NJ 07095

RECEIVED
MAY 23 2019
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

7018 0360 0001 2166 6168

CERTIFIED MAIL

UNITED STATES DISTRICT COURT FOR THE
District of NEW YORK - Albany
JAMES T. Foley U.S. Courthouse
Suite 509; 445 BROADWAY
Albany, NY 12207




1000    12207

U.S. POSTAGE PAID
FCM LETTER
AVENEL, NJ
07001
MAY 20, 19
AMOUNT
$6.85
R2305K135333-09