| | |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207<br><br>Garnishments in USDC DC<br>*On and for the behalf of the*<br>UNITED STATES | U.S. DISTRICT COURT - N.D. OF N.Y.<br>**FILED**<br>JUL 11 2019<br>AT_____ O'CLOCK_____<br>John M. Domurad, Clerk - Albany<br><br>[18-mc-7 *In re: David Merrill*]<br><br>Doc 12, Page 23 of 29 |
| | **REFUSAL FOR CAUSE** |

    **COMES NOW**, Luis Alberto of the family COLON and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

    This Presentment is refused for cause timely. This original Letter signed by Susan M. GOODWIN has been returned promptly to the address on the letter. The State of New Jersey is found disingenuous. The Letter says that the NJ Department of Revenue has no Information about the IRS, but acted on Information from the IRS, on behalf of the IRS with no judicial procedure or oversight. It would be redundant to publish the entire Doc 65 on PACER again so only the first page is included, mailed to the Albany Remand.

_____ 7/9/2019

_____
Co-Trustee of the Resulting Trust

MAYUR PATEL
Commission # 50100954
Notary Public, State of New Jersey
My Commission Expires
March 15, 2024

# State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF REVENUE AND ENTERPRISE SERVICES
P. O. Box 262
TRENTON, NEW JERSEY 08646-0262

**PHIL MURPHY**
*Governor*

**SHEILA OLIVER**
*Lt. Governor*

**ELIZABETH MAHER MUOIO**
*State Treasurer*

**JAMES J. FRUSCIONE**
*Director*

July 2, 2019

**Set-Off Program Contact:**
(609) 984-5128

Terecita Colon
106 Craske Street
Woodbridge, NJ 07095

SS# xxx-xx-0700

Dear Taxpayer:

This is in response to your recent inquiry concerning your 2018 Gross Income Tax Overpayment.

Your 2018 refund in the amount of $127.23 was sent to the INTERNAL REVENUE SERVICE on run date 06/11/2019.

The New Jersey set-off program does not have information regarding your federal tax liability. If you have any questions, I suggest you contact them directly at the phone number listed below:

INTERNAL REVENUE SERVICE

AUTOMATED COLLECTION SYSTEM

1-800-829-3903

Sincerely,

*Susan M Goodwin*
Susan M Goodwin
Set-Off Program
Division of Revenue and Enterprise Services

*[Stamped diagonally in red: REFUSED FOR CAUSE]*

| | |
|---|---|
| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207<br>Garnishments in USDC DC<br>On and for the behalf of the<br>UNITED STATES | U.S. DISTRICT COURT - N.D. OF N.Y.<br>**FILED**<br>JUN 2 6 2019<br>AT_____ O'CLOCK<br>John M. Domurad, Clerk - Albany |

[18-mc-7 *In re: David Merrill*]

Doc 12, Page 23 of 29

### REFUSAL FOR CAUSE

**COMES NOW**, Terecita of the family COLON and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file and publish these Presentments (NOTICE OF INTENDED SET-OFF, NJ) properly Refused for Cause timely. The Original Presentment refused for cause is being returned to principal and garnishee in this action Steven Terner MNUCHIN as US Governor for the International Monetary Fund with a Copy of this clerk instruction while this Original clerk instruction is filed in the USDC Albany NY, with a copy of the Presentment refused for cause. I am refusing for cause Appointment Affidavits and Oaths of Office for senior "judicial officers" as general rejection of authority, for lack of bond.

NOTICE: Mr. Brett Michael KAVANAUGH has been exposed pretending to be an Associate Justice of the US Supreme Court. All administrative remedy has been exhausted.

_Terecita_
Co-Trustee of the Resulting Trust

_;Luis-Alberto._
Witness

_Miranda_
Witness

## Addresses

United States District Court for the Dist. of New York - Albany  
James T. Foley U.S. Courthouse  
Suite 509; 445 Broadway  
Albany, NY 12207

Certified Mail# 7019 0160 0001 0566 0220

STATE OF NEW JERSEY  
Department of the Treasury  
Division of Revenue and Enterprise Service  
Attn: Susan M. Goodwin  
PO BOX 262  
TRENTON, New Jersey [08646-0262]CF

Certified Mail# 7018 0360 0001 2166 6038

MR & MRS L COLON FAMILY
c/o 106 CRASKE ST
WOODBRIDGE, NJ [07095]
NON-DOMESTIC, ZIP EXEMPT

RECEIVED
JUL 11 2019
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SCANNED

CERTIFIED MAIL
7019 0160 0001 0566 0220

United States District Court for the
District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

12207

U.S. POSTAGE PAID
FCM LETTER
AVENEL, NJ
07001
JUL 09, 19
AMOUNT
$4.05
R2305K135315-09