

| United States District Court for the District of New York - Albany<br>James T. Foley U.S. Courthouse<br>Suite 509; 445 Broadway<br>Albany, NY 12207 | U.S. DISTRICT COURT - N.D. OF N.Y.<br>FILED<br>JUL 15 2019<br>AT ___ O'CLOCK<br>John M. Domurad, Clerk - Albany |
| --- | --- |
| Garnishments in USDC DC<br>*On and for the behalf of the*<br>UNITED STATES | [18-mc-7 ***In re: David Merrill***]<br><br>Doc 18, Page 4 of 29 |
| **REFUSAL FOR CAUSE** | |

**COMES NOW**, John-Paul Anthony of the family ALBANO and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file and publish these Presentments properly Refused for Cause timely. For each Presentment the Original Presentment refused for cause is being returned to principal Steven Terner MNUCHIN as US Governor for the International Monetary Fund with a Copy of this clerk instruction while this Original clerk instruction is filed in the USDC Albany NY, with a copy of the Presentment refused for cause. I am refusing for cause Appointment Affidavits and Oaths of Office for senior "judicial officers" as general recusal, for lack of bond. Furthermore I am attaching default on acquiring any oath of office for Mr. John Glover ROBERTS, pretending to be "Chief Justice" of the US Supreme Court.

I retain the right to be billing the State revenue agency for any withholdings they have not refunded, including penalties and interest due for the delay.

Co-trustee of the Resulting Trust

CASEY E. WELLS
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50037468
My Commission Expires 5/4/2021

# Public Notary Search

Click Here to search again

| Name | City | Zip Code | Commission Valid Through |
|---|---|---|---|
| WELLS, ANDREA | FRANKLIN | 07416- | 16-FEB-21 |
| WELLS, ANDREA | SAYREVILLE | 08872- | 25-MAR-21 |
| WELLS, ANNEMARIE | ROCHELLE PARK | 07662- | 26-JAN-24 |
| WELLS, ARLEEN | WILLINGBORO | 08046- | 09-SEP-21 |
| WELLS, ASHLEY | YARDVILLE | 08620- | 30-APR-20 |
| WELLS, BENICA | WILLINGBORO | 08046- | 08-FEB-24 |
| WELLS, BRENT | TEANECK | 07666-4163 | 12-JUL-23 |
| WELLS, CAROL | WHITING | 08759- | 10-OCT-23 |
| WELLS, CAROL | WHITING | 08759- | 29-MAY-23 |
| WELLS, CARON | EGG HARBOR TOWNSHIPQ | 08234- | 14-JUN-23 |
| WELLS, CASEY | SEA BRIGHT | 07760-2211 | 04-MAY-21 |
| WELLS, CHARLES | HAZLET | 07730- | 12-AUG-19 |
| WELLS, CHRISTINE | YARDVILLE | 08620- | 30-MAY-23 |
| WELLS, CYNTHIA | RARITAN | 08869- | 16-FEB-22 |
| WELLS, DA'LEESIA | PLAINFIELD | 07060-2125 | 01-OCT-23 |
| WELLS, DANYALE | BELLEVILLE | 07109- | 17-JAN-22 |
| WELLS, DIANE | BLOOMFIELD | 07003- | 23-OCT-23 |
| HOWELLS, DORIS | BRICK | 08723- | 18-AUG-19 |
| WELLS, GLORIA | JACKSON | 08527- | 15-JUN-19 |
| WELLS, GREGORY | WEST ORANGE | 07052- | 28-DEC-20 |
| HOWELLS, HEATHER | SECAUCUS | 07094- | 20-AUG-20 |
| WELLS, JANET | CLIFTON | 07013- | 23-NOV-23 |
| WELLS, JENNA | HIGHTSTOWN | 08520- | 29-APR-24 |
| WELLS, JENNIFER | DEPTFORD | 08096- | 23-MAR-20 |
| WELLS, KANDIS | ASBURY PARK | 07712- | 08-APR-21 |
| WELLS, KAREN | MEDFORD | 08055- | 19-AUG-21 |
| WELLS, KATHERINE | ERIAL | 08081- | 16-DEC-19 |
| WELLS, KATHLEEN | MANAHAWKIN | 08050- | 13-APR-24 |
| WELLS LEWIS, KATHY ANN | MT. LAUREL | 08054- | 04-AUG-19 |
| WELLS, KELLY | TOMS RIVER | 08753- | 16-JUN-20 |
| WELLS, KIM | TOTOWA | 07512- | 21-MAR-20 |
| WELLS, KIMBERLY | BRICK | 08723- | 19-SEP-22 |
| WELLS, KYLEIGH | BELVIDERE | 07823- | 17-NOV-21 |
| WELLS, LISA | BELLEVILLE | 07109- | 03-NOV-21 |
| HOWELLS, LORRAINE | BEACHWOOD | 08722- | 12-AUG-20 |
| WELLS, LU ANNE | YARDLEY | 19067- | 21-SEP-23 |
| WELLS, LYNN | JACKSON | 08527- | 30-APR-19 |
| WELLS, MALIA | WILLINGBORO | 08046- | 09-MAY-21 |
| GERAGHTY-WELLS, MELANIE | WILLIAMSTOWN | 08094- | 24-OCT-21 |



Department of the Treasury
Internal Revenue Service
310 Lowell St, Stop 360
Andover, MA 01810



9307 1107 5660 5753 8466 56

| | WI |
|---|---|
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | July 1, 2019 |
| Taxpayer ID number | |
| To contact us | Phone 800-829-0922 |
| Your Caller ID | 287035 |
| Page 1 of 5 | |

012357.159927.18859.3959 2 AB 0.412 1304

JOHN-PAUL ALBANO
22 SHERWOOD LN
COLTS NECK NJ 07722

2357

Refused For Cause

Notice of intent to seize (levy) your property or rights to property

## Amount due immediately: $20,184.39

This is a notice of intent to levy your state tax refund or other property. As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2017 (Form CIVPEN). If you don't call us immediately to make payment arrangements or we don't receive the amount due within 30 days from the date of this notice, we may levy your property or rights to property and apply it to the $20,184.39 you owe.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $20,000.00 |
| Interest charges | 184.39 |
| **Amount due immediately** | **$20,184.39** |

Continued on back...



JOHN-PAUL ALBANO
22 SHERWOOD LN
COLTS NECK NJ 07722

| | |
|---|---|
| Notice | CP504 |
| Notice date | July 1, 2019 |
| Taxpayer ID number | |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (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), the tax year (2017), and the form number (CIVPEN) on your payment and any correspondence.

**Amount due immediately** **$20,184.39**

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0419

112660081 YP ALBA 55 0 201712 670 00002018439



| | WI |
|---|---|
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | July 1, 2019 |
| Taxpayer ID number | |
| Page 3 of 5 | |



2357

## What you need to know

### Notice of Intent to Levy

This notice is your Notice of Intent to Levy (Internal Revenue Code Section 6331 (d)).

If we don't receive the amount due within 30 days from the date of this notice, we can levy your state tax refund. We may also serve a Disqualified Employment Tax Levy or a Federal Contractor Levy, as explained in the enclosed Publication 594, IRS Collection Process. In most other situations, before we levy on your property or rights to property, we'll send you a notice that gives you the opportunity to request a Collection Due Process hearing, unless you have already received one.

Property or rights to property includes:

- Wages, real estate commissions, and other income
- Bank accounts
- Personal assets (e.g., your car and home)
- Social Security benefits

### Right to request an appeal

If you don't agree with our intent to levy or file a Notice of Federal Tax Lien, you have the right to request an appeal under the Collection Appeals Program (CAP) before the collection action takes place. Please call 800-829-0922 or send us a Collection Appeal Request (Form 9423) to the address at the top of the notice within 30 days from the date of this notice. Note: The CAP is different from the Collection Due Process (CDP) Program. Please call 800-829-0922 if you have any questions about either of these programs. For more information about your appeal rights, see Publication 1660 (Collection Appeal Rights).

### Denial or revocation of United States passport

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $52,000 that has been assessed and for which a Notice of Federal Tax Lien has been filed and all administrative remedies under IRC Section 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $52,000 and you do not pay the amount you owe or make alternate arrangements to pay, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside of the United States. Additional information on passport certification is available at www.irs.gov/passports.

Refused Refuse

Continued on back...

WI

| Notice | CP504 |
|---|---|
| Tax year | 2017 |
| Notice date | July 1, 2019 |
| Taxpayer ID number | |



2357

## Interest charges

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code Section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$184.39** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 800-829-0922.

### Tax interest rates

| Period | Interest Rate |
|---|---|
| January 1, 2017 to March 31, 2018 | 4% |
| Beginning April 1, 2018 | 5% |

## Additional information

- Visit www.irs.gov/cp504
- You may find the following publications helpful:
  - Publication 1, Your Rights as a Taxpayer
  - Publication 1660, Collection Appeal Rights
- For tax forms, instructions, and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676).
- Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/payments.
- Review the enclosed document: IRS Collection Process (Publication 594).
- You can contact us by mail at the following address. Be sure to include your taxpayer identification number, the tax year, and the form number you are writing about.

  Internal Revenue Service
  310 Lowell St, Stop 360
  Andover, MA 01810
- Generally, we deal directly with taxpayers or their authorized representatives. However, occasionally we need to speak with other people, such as employees, employers, banks, or neighbors to gather or verify account information. If we contact a third party, the law prohibits us from sharing any more information than is necessary to obtain or verify what we need to know. You have the right to request a list of individuals we contact about your account.
- Keep this notice for your records

If you need assistance, please don't hesitate to contact us.



# APPOINTMENT AFFIDAVITS

United States District Judge, Northern District of New York — *(Position to which Appointed)*

8/29/2008 — *(Date Appointed)*

United States District Court — *(Department or Agency)*

New York, Northern District — *(Bureau or Division)*

Syracuse, New York — *(Place of Employment)*

I, Glenn T. Suddaby do solemnly swear (or affirm) that–

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Refused for Cause

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 5th day of September, 2008

at Syracuse (City) New York (State)

(Signature of Officer)

(SEAL)

Chief Judge
(Title)

Commission expires________
(If by a Notary Public, the date of his/her Commission should be shown)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Glenn T. Suddaby, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Northern District of New York under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Glenn Suddaby
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 5th day of September, 2008.

Norman A. Mordue
Chief Judge, NDNY

FOIA Exemption 6

Actual abode: [redacted] NY [redacted]

Official station*: James T. Hanley Federal Bldg P.O. Box 7376, 100 S. Clinton St. Syracuse, NY 13261 7376

Date of birth: [redacted] 1956 FOIA Exemption 6

Date of Entry on Duty: September 5, 2008

* Title 28, sec. 456 United States Code as amended.

Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 295
61-108




# APPOINTMENT AFFIDAVITS

U.S. District Judge (Position to which appointed) — August 2, 1996 (Date of appointment)

Judiciary (Department or agency) — No. District of NY (Bureau or Division) — Albany, New York (Place of employment)

I, LAWRENCE E. KAHN, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this 2nd day of August, 19 96

at Albany (City) New York (State)

[SEAL]

(Signature of officer)

Albany Division Manager (Title)

Commission expires ____________
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*




# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, LAWRENCE E. KAHN do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as U. S. District Court Judge under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

[signature]

Subscribed and sworn to (or affirmed) before me this 2nd day of August, 19 96

[signature]
James M. Waggener, Division Manager

FOIA Exemption 6

Actual abode [redacted] NY

Official station* Albany, NY

Date of birth [redacted] 37 FOIA Exemption 6

Date of entry on duty Aug. 2, 1996

*Title 28, sec. 456 United States Code, as amended.



U.S. Department of Justice
Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Re: Appeal No. DOJ-AP-2018-005543
Request No. DOJ-2018-003745
CDT:MTC

VIA: U.S. Mail

Dear Mr.

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of Legal Policy, to respond to your Freedom of Information Act request for access to records concerning Supreme Court Justice John Roberts.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2017). As no adverse determination has yet been made by the IR Staff, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the IR Staff and has been advised that your request is being processed. If you are dissatisfied with the IR Staff's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to the IR Staff. You should contact the IR Staff's Requester Service Center at 202-514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

[illegible]

X [signature]

[illegible]

## Addresses

The Albany USDC address is at the top of the header. 9505-5154-3551-9123-2196-62

Steven Terner MNUCHIN  
US Governor for the IMF  
1500 Pennsylvania Avenue NW  
city of Washington, District of Columbia. 20220

" " 2196-48

IRS Campus  
INTERNAL REVENUE SERVICE  
Fresno, CA 93888-0419

" " " 2196-55

Denise D. Davis  
INTERNAL REVENUE SERVICE  
OSC Ogden, UT 84201-0059

" " 2196-31

State Revenue Campus

The UPS Store - #611
718 NEWMAN SPRINGS ROAD
LINCROFT, NJ 07738
(732) 450-1701

07/12/19 09:18 AM

We are the one stop for all your shipping, postal and business needs.

We offer all the services you need to keep your business going.

001 000003 (011) TO $ 5.00
Notary

SubTotal $ 5.00
Total $ 5.00

US DEBIT $ 5.00
ACCOUNT NUMBER * ************6774

Verified By PIN

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000980840
TVR: 8080048000
TSI: 6800
AC: 58122408F9DEF0B8
ARC: 00

Receipt ID 8381335359666588876 001 Items
CSH: Casey Tran: 8889 Reg: 001

Sale

************6774
Debit Entry Method: EMV

Trace: Appr Code:151884
Retrieval #:MR0265974452 Batch #:

Amount $ 5.00
==========
Merchant Total $ 5.00

Approved

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive great offers and resources.

www.theupsstore.com/signup

COLTS NECK
420 STATE ROUTE 34 STE 307
COLTS NECK, NJ
07722-9998
3317700712

07/12/2019 (800)275-8777 4:04 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Hearts Blossom | 2 | $1.10 |
| PM 3-Day Flat Rate Env (Domestic) (OGDEN, UT 84201) (Flat Rate) (Expected Delivery Day) (Monday 07/15/2019) (USPS Tracking #) (9505 5154 3551 9193 2196 31) | 1 | $7.35 |
| Insurance (Up to $50.00 included) | 1 | $0.00 |
| PM 2-Day Flat Rate Env (Domestic) (WASHINGTON, DC 20220) (Flat Rate) (Expected Delivery Day) (Monday 07/15/2019) (USPS Tracking #) (9505 5154 3551 9193 2196 48) | 1 | $7.35 |
| Insurance (Up to $50.00 included) | 1 | $0.00 |
| PM 3-Day Flat Rate Env (Domestic) (FRESNO, CA 93888) (Flat Rate) (Expected Delivery Day) (Monday 07/15/2019) (USPS Tracking #) (9505 5154 3551 9193 2196 55) | 1 | $7.35 |
| Insurance (Up to $50.00 included) | 1 | $0.00 |
| PM 2-Day Flat Rate Env (Domestic) (ALBANY, NY 12207) (Flat Rate) (Expected Delivery Day) (Monday 07/15/2019) (USPS Tracking #) (9505 5154 3551 9193 2196 62) | 1 | $7.35 |
| Insurance (Up to $50.00 included) | 1 | $0.00 |

Debit Card Remit'd $30.50
(Card Name:VISA)
(Account #:XXXXXXXXXXXX6774)
(Approval #: )
(Transaction #:380)
(Receipt #:007357)
(Debit Card Purchase:$30.50)
(Cash Back:$0.00)
(AID:A0000000980840 Chip)
(AL:US DEBIT)
(PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5088-0018-001-00022-77206-01

or scan this code with your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #: 840-50880018-1-2277206-1
Clerk: 02