Colorado State District Cases - Fourth Judicial District 17-cr-6545; Eighth Judicial District 18-cr-315

| United States District Court for the District of New York - Albany James T. Foley U.S. Courthouse Suite 509; 445 Broadway Albany, NY 12207 |  |
|---|---|
| Garnishments in USDC DC On and for the behalf of the UNITED STATES | [18-mc-7 *In re: David Merrill*] Citing Doc 30, Page 9 of 40 herein |

**REFUSAL FOR CAUSE**

**Perfect Example of Racketeering**

**COMES NOW**, Patrick Neill of the family MORENO and Redeemed. I am his father Francisco MORENO and am party in interest and being billed. Please find the attached Power of Attorney. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file and publish this Refusal for Cause on billing from Dennis BLACKWELL, through debt scavengers HAMMERMAN and HULTGREN. The original presentment is mailed back to Dennis at the mailing address on the bill with a copy of this clerk instruction and a copy of the refusal for cause is included with this original clerk instruction. Quoting from earlier Docs herein:

> "Some of the details about billing and cause are found herein this Albany Remand:
>
> Doc 30, Page 13 of 40 for $975,000.00
>
> Doc 43, Garnishment on Julie Kuntz FIELD for $3,250,000.00
>
> The primary point being that Dennis BLACKWELL and/or his agent knowingly allowed the clerk of court to alter a bond extension with the result, if not intention of jailing Patrick for violating bail bond.

*I find it very disturbing how the justice system is treating my son. Primarily that for being the alleged Defendant he is being kept in the dark, and it would seem that the only prosecutor is the bondsman billing me for his extradition. That is how it felt from the beginning late last year. The only person threatening Patrick was the bondsman, Dennis BLACKWELL."*

Genome is recognized in that Daniel J. STEWART, House of Stewart is the Western Filing Office for the Imperial Court of the Dragon Sovereignty and a copy is sent to Budapest. As I witness this organic class action of redeemed suitors the claims compile and accumulate. They evolve as it becomes more and more obvious that something is terribly and in depth is wrong with the American judiciary. My son Patrick acquired the following testimony from Mary, a clerk at the Colorado Secretary of State, that Steven John JOUARD has no oath of office filed there, as required by law:

[Handwritten list: Names given to me by Frank MORENO 8/19/19 Mary - sec. of state confirmed other than those listed no oath Joanne O. MONANTO filed

~~KANDANCE MAJORDS~~
✓ MATTHEW E. ZEHE, Magistrate
~~JOANNE MIKE OSCAR O MORANDAN~~, DA
✓ SCOTT ROGERS
~~KEN PERKINS, DA Prosecutor~~
~~JASON ST. ALBIN~~
✓ STANLEY HERNANDEZ
~~CHRISTIAN BRADSHAW~~
✓ DAVID HARPMAN
~~JAROD ROSTON~~
✓ SEAN CURTIS
~~TIMOTHY ALLEN PERSTROM~~
~~AMY WIMMER~~
~~DEPUTY JUSTIN WILLIAMSON~~
✗ WILLIAM E STARKS  BAR. 9973
~~JACOB T STEINHAGER~~
~~STEPHEN~~
? JOHN J. JOUARD]

Last week I requested the Colorado Secretary of State for the Oath of Office for JOUARD. I paid to have the oath expedited to me in the mail in accordance with website instructions. Later, I learn from the clerk that there is no expediting service. Nothing has been forthcoming. Day after day and I am certain that I have been lied to. I grow convinced that I am experiencing and witnessing a corruption beyond our nightmares. The Secretary of State has abandoned the office's mission statement and is now conjoined in fraud by omission fully in collusion with racketeering operations in the Ft Collins trial court. I feel that there is little chance if the oath exists at all, that it is dated to appropriately validate JOUARD's judicial office. And that it will arrive in time for me to mail it to Patrick before his trial day. This accusation and claim represents a substantial amount of monetary loss and injury to my estate and for my son too.

Finally, this "prosecution" of my son, Patrick Neill is so terribly confusing that the Appeals Court has made nonsensical issue by first, accepting the case and then Ordering it Dismissed. Both three-page documents are attached. Truth be told, I am sure that Patrick's advisory attorney is either lying to Patrick or she is being lied to. The problem of JOUARD speaking for other courts in plea bargaining forgiveness is addressed in the Interlocutory Appeal, but the Appeals Court resorts to this being a multijurisdictional issue and complex trial(s) roblem as an excuse for dismissing the matter? Additionally, this whole deal began with Dennis BLACKWELL telling Patrick it was fine to visit me in Arizona, while allowing the clerk of court to change the case number on a critical bond extension. Therefore, this latest financial attack is an attempt to push me to persuade Patrick to plead out, so that this "Three Strikes" matter can move into conviction and sentencing when there are in fact no strikes at all, until conviction.

State of Arizona
County of Maricopa
The foregoing instrument was acknowledged before me on this 22 day of July, 2019
by Francisco Moreno
who is personally known to me or has produced
AZ Driver License as identification

Notary's Signature

By: Francisco Moreno (POA)
For: Patrick Neill: House of MORENO
Trustee of the Resulting Trust
Power of Attorney attached


Nicole Goodman
Notary Public
Maricopa, Arizona
My Comm. Expires 09/30/20

## Addresses

The Albany USDC address is at the top of the header.

HAMMERMAN & HULTGREN                                   Registered Priority Mail #_____
3101 N Central Ave, Suite 1030
Phoenix, Arizona. 85012

BLACKWELL BAIL BONDS
426 W. 10th Street
Pueblo, Colorado. 81003

Kent DAVIDSON
305 Main St #A
Colorado Springs, Colorado. 80911

Fourth Judicial District
270 S Tejon St
Colorado Springs, CO 80903

Eighth Judicial District
201 Laporte Ave
Fort Collins, CO 80521

Steven Terner MNUCHIN
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Department of Regulatory Agencies
1560 Broadway, Suite 110
Denver, CO 80202

National Judicial Council              $21 cash              International Mail
16 Szalay utca, H-1055
Pf. (PO Box) 24. H-1363
Budapest, Hungary.

General Counsel - Administrative Office of the US Courts
One Columbus Circle, NE; Room 5-300 Billing
city of Washington, District of Columbia. 20544

Rectified Scottish Rite Freemasonry                           Registered Mail #
The Supreme Council, 33°, SJ, USA
1733 16th St. NW

Washington, DC 20009–3103

Hungarian Honorary Consulate in Liverpool, United Kingdom
Attn: ZSIGMOND/HOGELAND
43 Rodney Street                                                International Mail
Liverpool L1 9EW
United Kingdom

United Nations Secretary General Antonio GUTERRES      Registered Mail #
1 United Nations Plaza
New York, New York. 10017

Club de Paris - IMF                                             International Mail
139, rue de Bercy -
75572 Paris Cedex 12, France

# AFFIDAVIT

The following conversation (in quotations) is transcribed from a recorded message receive by Francisco Moreno on July 18, 2019.

*************************************************************************

"Hey Frank, this is Pamela. I am calling from the Colorado Secretary of State's Office. My phone number is 303-894-2200 ext.6422. Iit is July 18 @ 2:22 and the reason why I am calling is that we received a check for $30.00 nd to copy and certify 6 oaths. There is one oath that we could not locate for a judge Stephen J. Jouard and so if don't have this oath on...of record, we are not going to charge you and so you sent in $30.00. The filing then will be $25.00. Our office does not refund for under $20.00 so we can either hold the documents and wait for a replacement check of $25.00 or process the request and keep the $5.00. If you can give me a call at 303-894-2200 ext. 6422, this is Pam. My hours are 8:00--430 M-F. It is 2:23 MST. Thank You and have a good day. Bye."

**************************NOTHING FOLLOWS*********************************

I certify that the foregoing message shown in quotations above is a complete transcription of the telephone conversation.

_Francisco Moreno_                                         7-22-2019
FRANCISCO MORENO                                           DATE


_[signature]_                                              7/22/19            (Seal)
NOTARY PUBLIC                                              DATE

My commission expires: 9/30/20                             (Stamp)

Nicole Goodman, Notary Public

17063 W Greenway Rd

Surprise, AZ 85388

Nicole Goodman
Notary Public
Maricopa, Arizona
My Comm. Expires 09/30/20

# IN THE DISTRICT COURT

## IN AND FOR THE 8TH JUDICIAL DISTRICT

## STATE OF COLORADO

~~REFUSED FOR CAUSE~~

I, Stephen J. Jouard, do solemnly swear by the ever living God that I will support the Constitution of the United States, the Constitution and Laws of the State of Colorado, and that I will faithfully perform all the duties pertaining to the office of District Judge, 8th Judicial District, State of Colorado, to the best of my knowledge and ability, so help me God.

_____
Stephen J. Jouard

Subscribed and sworn to before me this 10th of January, A.D. 20__.

_____
Stephen E. Howard
Chief District Court Judge

[SEAL: STEPHEN HOWARD CHIEF JUDGE]

*Attachment to OR-918CR2908*

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 La Porte Avenue, Suite 100<br>Fort Collins, CO 80521-2761<br>Telephone: (970) 494-3500 | DATE FILED: July 18, 2019 3:05 PM<br>CASE NUMBER: 2018CR2908 |
| **PEOPLE OF THE STATE OF COLORADO vs.**<br><br>**Defendant:**<br><br>**PATRICK NEILL MORENO**<br><br>The Honorable District Court Judge<br><br><br>STEPHEN J. JOUARD | ▲ **COURT USE ONLY** ▲<br><br>Case No: **2018 CR 2908**<br><br>Courtroom:   3C |

## ORDER REGARDING DEFENDANT'S NOTICE TO THE COURT

Defendant Neill Patrick Moreno is charged through a Complaint and Information with Violation of Bail Bond Conditions in violation of C.R.S. §18-8-212(1) a Class 6 Felony. Defendant Mr. Moreno continues to challenge the authority of the district attorney as well as this court to exercise jurisdiction over Mr. Moreno. Defendant has attempted to file "Evidence" in the Court through his Father as well as having the same documents delivered to the Court in person as well as through Defendant's court-appointed advisory counsel. The Court has directed his clerk to upload the documents requested to be filed with the Court so that such documents may be part of the Court record.

The documents requested to be filed by Defendant Moreno include a "Notice of Appeal and Allocution Affidavit," "Evidence-Findings of Fact," "Notice of Vacant Offices and Garnishment of Judge Field," "Refusal for Cause," "Notice to Rectified Scottish Right Freemasonry and Imperial Dragon Sovereignty NEPHELIM bloodline," "Original Habeas Corpus," "Appointment Affidavits" for various federal judges, and registers of action for various action including Larimer County Cases 17CR6545, 18CR315, and 18CR2908.

Defendant Moreno has contended and appears to continue to contend that this Court does not have jurisdiction over him, that the undersigned judicial officer does not have authority to hear the case, that the district attorney, Clifford Riedel, Esq. does not have authority to prosecute him and that the assigned deputy district attorney does not have authority based upon a lack of qualified oath. Finally, Defendant Moreno argues that he has never been properly arraigned in this case. Each of Defendant's contentions will be addressed in this order.

The Court notes that the initial filing of the documents and "Evidence" Defendant Moreno attempted to file with the Court were filed through and by his father. Mr. Moreno's father, allegedly acting in the capacity of a power of attorney. Mr. Moreno's father is not an attorney and does not have any authority by which he may file pleadings with the Court. Accordingly, the documents were not received by the Court clerk and were not uploaded into the case file in 2018CR2908. Subsequent to the initial mailing, Mr. Moreno has tendered documents

directly to the Court as well as delivering the same documents to the Court via court-appointed advisory counsel, Sarah Cure, Esq. Again, solely for purposes of the court record, the court has requested his clerk to upload the requested documents into the Court file. To the extent that Mr. Moreno is requesting that this court dismiss the matter based upon a lack of subject matter or personal jurisdiction, the court denies Mr. Moreno's motion.

The Court finds that it has jurisdiction over this case under Article VI of the Colorado Constitution, §1 ("Vestment of Judicial Power") and §9 ("District Courts – Jurisdiction"), and subject matter jurisdiction under Article VI of the Colorado Constitution, §9 and C.R.S. §18-1-201. A person may be prosecuted in Colorado if he commits a crime wholly or partly within the state. See §18-1-201, C.R.S.; *People v. Brown*, 70 P.3d 489, 494 (Colo. App. 2002). Further, to the extent challenged by Defendant, the Court finds that it has personal jurisdiction over Mr. Moreno. C.R.S. §13-1-124; *People v. Jones*, 140 P.3d 325, 328 (Colo. App. 2006). Accordingly, Defendant's motion is denied.

Further, the undersigned judge attaches to this order his oath of office administered by Chief Judge Stephen E. Howard on January 10, 2017 and is properly possessed with authority to carry out his duties as a judicial officer. Colo. Const. Art. XII §9; People v. Stanley 170 P.3d 782 (Colo. App. 2007)

Finally, Defendant Moreno argues that he has never been properly arraigned in this matter. The court record reflects that Mr. Moreno received an initial advisement regarding the charges against him by Magistrate Majoros on February 19, 2019. Mr. Moreno was advised of his right to counsel in a first appearance before the Court on February 22, 2019. Mr. Moreno requested that he be allowed to represent himself and denied any request for court-appointed counsel. Mr. Moreno had to be removed from the courtroom at the first appearance as he continued to be argumentative with the court after being properly advised that his conduct would not be allowed. A preliminary hearing was conducted before the Court on March 4, 2019. The Court again inquired as to whether Mr. Moreno desired to have court-appointed counsel to represent him. He declined to be represented by counsel and chose to proceed *pro se*. The preliminary hearing was conducted, and the court determined that there was probable cause to bind Mr. Moreno over for trial. Pursuant to Rule 10 of the Colorado Rules of Criminal Procedure, Mr. Moreno was advised of the charges against him and the subject of the preliminary hearing and the Court inquired of Mr. Moreno as to how he would plead to the charges. Mr. Moreno refused to enter a plea and the court entered a plea of not guilty to the charges on his behalf pursuant to C.R.S. §16-7-208. See also, *Romero v. People*, 170 Colo. 234 460 P.2d 784 (1969).

Based upon the foregoing, the Court enters the following orders:

1. The court has both subject matter jurisdiction and personal jurisdiction in this matter as set forth.

2. The Court denies Defendant's motion to dismiss this matter for lack of jurisdiction.

3. The Court finds that it has proper authority to preside over this case and denies Defendant's motion to the extent that it challenges the undersigned's authority to preside over the trial.

SO ORDERED this 18th day of July 2019.

BY THE COURT:

[signature]

DISTRICT JUDGE

[SEAL: COMBINED COURT, LARIMER COUNTY COLORADO]

REFUSED FOR CAUSE

U.S. District Court
Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF
Release 1.2 (Revision 1.2)] (Albany)
CIVIL DOCKET FOR CASE #: 1:18-mc-00007-LEK-DJS

In Re David Merrill
Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge Daniel J. Stewart
Cause: Civil Miscellaneous Case

Date Filed: 04/09/2018
Date Terminated: 04/11/2018
Jurisdiction: Federal Question

**Plaintiff**

David Merrill                                   represented by  David Merrill
                                                                720 N. 10th Street
                                                                STE A
                                                                Renton, WA 98057
                                                                PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2018 | 1 | DOCUMENT TITLED AS "REMAND" filed as a MISC CASE by David Merrill, pro se. Fee paid on 4/9/2018 $47.00. Receipt #ALB010943. (Attachments: # 1 Mailing Envelope)(khr) Modified on 4/11/2018 to clarify title of document. (khr). (Entered: 04/11/2018) |
| 04/19/2018 | 2 | REFUSAL FOR CAUSE: filed by David Merrill. [The Clerk notes that pro se plaintiff's address was updated on the docket to 720 N. 10th St; STE A Renton, WA 98057 pursuant to plaintiff's filing.] (Attachments: # 1 Mailing Envelope)(mc) (Entered: 04/19/2018) |
| 05/04/2018 | 3 | MEMORANDUM ON $20M DEPOSIT: filed by David Merrill. (mc) (Entered: 05/04/2018) |
| 05/25/2018 | 4 | NOTICE: Filed by Christopher Jonathon. (Attachments: # 1 Mailing Envelope)(mc) (Entered: 05/25/2018) |
| 05/29/2018 | 5 | REFUSAL FOR CAUSE: filed by Mark Christopher. (Attachments: # 1 Mailing Envelope)(mc) (Entered: 05/30/2018) |
| 05/29/2018 | 6 | NOTICE OF REVERSAL: filed by David Merrill. (Attachments: # 1 Mailing Envelope)(mc) (Entered: 05/30/2018) |
| 05/29/2018 | 7 | REFUSAL FOR CAUSE: filed by Kevin Brian. (Attachments: # 1 Mailing Envelope)(mc) (Entered: 05/30/2018) |
| 06/12/2018 | 8 | REFUSAL FOR CAUSE CERTIFICATE OF EXIGENT CIRCUMSTANCES GARNISHMENT RULE B(1)(c): filed by Mark |

Colorado Court of Appeals
2 East 14th Avenue
Denver CO 80203 United States



PATRICK N MORENO
C/O FRANCISCO MORENO
18105 W. IVY LANE
SURPRISE AZ 85388

154-1012

To:        Patrick N Moreno

Subject:   Service of documents in 2019CA1203.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system. Please review the following details
concerning this service.

- Court Location: Court of Appeals
- Case Number: 2019CA1203

- Filing ID: N/A
- Filed Document Title(s):
  - ORDER OF dismissal
- Submitted on Date/Time: Tue Jul 02 18:30:11 MDT 2019
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney:  Colorado Court of Appeals

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| | DATE FILED: July 2, 2019 |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | |
| Larimer County<br>2018CR315<br>El Paso County<br>2017CR6545<br>Larimer County<br>2018CR2908 | |
| **Plaintiff-Appellee:**<br><br>The People of the State of Colorado,<br><br>v.<br><br>**Defendant-Appellant:**<br><br>Patrick N Moreno. | Court of Appeals Case Number:<br>2019CA1203 |
| ORDER OF dismissal | |

To: All Parties and the Clerks of the Larimer and El Paso County District Courts

The Court has reviewed the notice of appeal filed in this Court on June 26, 2019, and enters the following order.

First, an appeal in this Court must be taken from a final order. C.A.R. 1(a). There does not appear to be a final, reviewable order in any of the three cases listed in the notice of appeal. Indeed, the notice of appeal states that this is an "interlocutory appeal." This Court does not have jurisdiction over an interlocutory appeal in criminal proceedings.

Second, the notice of appeal refers to three cases from two separate district courts. This Court does not combine appeals from different courts. If appellant wants to appeal from different courts and the orders issued by those court, a separate notice of appeal must be filed for each case.

Third, this Court is a court of review. This Court does not have authority to grant much of the relief it appears appellant might be requesting.

Fourth, this Court does not accept filings from other persons on behalf of the actual parties to the appeal except for filings by a licensed attorney who is authorized to practice law in this state. Appellant's father is not a licensed attorney and the power of attorney from appellant does not qualify his father as a licensed attorney or a party to this appeal.

Fifth, any filings or pleadings in this Court are to be addressed to the Court as a whole and not to any particular judge.

Accordingly, the Court DISMISSES this appeal without prejudice to appellant either filing a notice of appeal from a final order on his own or through a licensed attorney. In the future, every pleading filed in this Court must be filed and signed by appellant as his pleading or must be filed through a licensed attorney.

The Court returns the money order to appellant's father because this appeal has been dismissed without prejudice.

<div style="text-align: right;">BY THE COURT</div>

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, Patrick Moreno, of Box 316, Fort Madison, Iowa, have made, constitute, and appointed and by these presents do make, constitute, and appoint Francisco G. Moreno, of 18105 W. Ivy Lane, Surprise Arizona , my true and lawful attorney for me and in my name, place and stead, to do (state here matters in which authority is granted): To discuss personal business matters; and educational needs with institutions; and lenders; the University of Northern Iowa, creditors and lenders pertaining to student loans; And, any and all personal and/or legal matters that require permissions and endorsements on behalf of Patrick. There are no matters that are excluded from this authority.

giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done in and about the premises as fully to all intents and purposes as I, the above named, might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF I have hereunto set my hand and seal the 2nd day of April, 2014.

Signature: _____
Box 316
Fort Madison, Iowa 52627

State of Iowa         }
                      } SS
County of Lee         }

On this 2nd day of April, 2014 before me Robert E. Schneider a Notary Public in and for the County of Lee in the State of Iowa, duly commissioned and sworn, personally came and appeared _in person_, to me personally known and known to me to be the same person described in and who executed the foregoing power of attorney and he acknowledged the within Power of Attorney to be his free act and deed.

In testimony whereof, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.



ROBERT E. SCHNEIDER
Commission Number 762105
My Commission Expires
3/8/2016

Notary Public

Case 1:18-mc-00007-LEK-DJS    Document 74    Filed 07/30/19    Page 16 of 16

PRIORITY MAIL EXPRESS — OUR FASTEST SERVICE IN THE U.S.

RECEIVED JUL 30 2019 — U.S. DISTRICT COURT — JOHN M. DOMURAD, CLERK

EMS

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

VISIT US AT USPS.COM® — ORDER FREE SUPPLIES ONLINE

FROM:
PN LEGAL
St. 110-171
16772 W. BELL RD
SURPRISE AZ 85374
PHONE (602) 614-6775

TO:
US DISTRICT COURT FOR
DISTRICT OF N.Y. - ALBANY
FOLEY COURT HOUSE
445 BROADWAY ST 509
ALBANY, NY 12207

ORIGIN ZIP: 85374
Date Accepted: 7/29/19
Time Accepted: 10:22 AM
Scheduled Delivery Date: 7/30/19
Postage: $25.50
Weight: 1 lb 7.40 oz
Total Postage & Fees: $25.50

U.S. POSTAGE PAID
PME 1-Day
SURPRISE, AZ 85374
JUL 29, 19
AMOUNT $25.50
R2304M116512-1

EJ 093 377 083 US

1007  12207