

United States District Court for the
District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

Garnishments in USDC DC
*On and for the behalf of the*
UNITED STATES

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

OCT 1 5 2019

AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

[18-mc-7 *In re: David Merrill*]

RE 285 187 009 US

## Joinder

**COMES NOW**, David Merrill of the family VAN PELT and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

This document is to joinder Thomas Edward of the GAMBLE family into this Albany Remand of garnishments albeit his action of garnishment is preventive and preemptive. Thomas Edward has been redeeming lawful money since 2015 and is thoroughly educated about his right to be redeemed and demand lawful money redemption.

There are twenty or so claimants joindered into this Albany Remand all on and for the behalf of the United States. Risk management and security and confidence-building measures for global central banking have keen interest in knowing how bond-dodging among literally all the federal judges exacerbates mischievous behaviors such as "unfiling" crucial documents from PACER publication and thus felony tampering with a witness or victim. The relationship between judge and clerk is clearly that the clerk is superior to the judge even when the judge is in a validated office at bench. So obligations of the clerk prevail and violations of law are reported below, cited Title 18 USC §§1506 and 1512.

Refusal for Cause is on the Order by HOLLANDER to file instead into a 2012 miscellaneous case file Case #12-mc-484 hereinafter "Evidence Dumpster". The Evidence Dumpster is also Refused for Cause.

## Case #18-mc-7 "Judge" KAHN is Recused for Fraud

## Verification of Signature

I am ___Thomas  Edward___ ~~and I signed and filed a Garnishment Action in the United States District Court in Washington DC at Case #~~_____. I wish for my cause to be joindered with others of similar class filed by David Merrill in the Albany, New York case entitled similarly to:

**Several Garnishments in USDC DC**

v

**United States**

_signature_

Redeemed Co-Trustee

X _signature_
Notary Public

ALEX TRACY
NOTARY PUBLIC
HARFORD COUNTY, MARYLAND
MY COMMISSION EXPIRES MARCH 05, 2023

Verified by the Maryland Secretary of State online:

| AID | FNAME | LNAME | County | ExpirationDate |
|-----|-------|-------|--------|----------------|
| 245522 | Alex | Tracy | Harford County | 3/5/2023 15:44 |

Case 678-mc-7 "Judge" aANHUs Recused for Fraud

Verification of Signature

I am _Thomas Edward_ * and I have enrolled a Complaint Action in the United States District Court in Washington DC pl case _____. I with to may to me to be joindered with others of similar class filed by David Merrill in the Albany, New York case entitled similarly to

Several Garnishments in USDC DC

United States

by _____

ALEX TRACY
NOTARY PUBLIC
HARFORD COUNTY, MARYLAND
MY COMMISSION EXPIRES MARCH 05, 2023

Verified by the Maryland Secretary of State online

| AID | FNAME | LNAME | Grantor | Examination Date |
|---|---|---|---|---|
| 248522 | Alex | Tracy | Harford County | 3/5/2022 15:44 |

According to the rule of law the clerk of court shall issue garnishment on the US Treasury to settle these claims. Remedy prescribed by Congress in 1913 should be honored, as well as the rules of court in admiralty.

The orders by FOIA from the Department of Justice are herein reported as of Filing Day. Note that BREDAR is in brackets because the name was not included in the description, in the email Request Confirmation.

From: admin@foiaonline.gov
Date: 9/30/19 11:44 AM (GMT-05:00)
Subject: FOIA Request EOUSA-2019-004733 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2019-004733
- Requester Name: Thomas Edward
- Date Submitted: 09/24/2019
- Request Status: Submitted
- Description: Hollander (oath of office)

From: admin@foiaonline.gov
Date: 10/7/19 11:55 AM (GMT-05:00)
Subject: FOIA Request EOUSA-2019-004802 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2019-004802
- Requester Name: Thomas Edward
- Date Submitted: 09/30/2019
- Request Status: Submitted
- Description: AUSA Oath (Bennett) EOUSA Personnel

From: admin@foiaonline.gov
Date: 9/25/19 12:40 PM (GMT-05:00)
Subject: FOIA Request DOJ-2019-007126 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: DOJ-2019-007126
- Requester Name: Thomas Edward
- Date Submitted: 09/25/2019
- Request Status: Submitted

- Description: foia request [BREDAR]

-------- Original message --------
From: admin@foiaonline.gov
Date: 10/7/19 9:08 PM (GMT-05:00)
Subject: FOIA Request EOUSA-2019-004809 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2019-004809
- Requester Name: Thomas Edward
- Date Submitted: 09/30/2019
- Request Status: Submitted
- Description: AUSA Oath (Bredar) EOUSA Personnel

Note this last Request confirmation for BREDAR came in only a moment ago. It has a different Case # than the earlier unnamed Request. Request Case #7126 had no name in the Description field; "[BREDAR]" was added for clarity.

Below, Case #4733 is the FOIA Request for HOLLANDER yet the Department of Justice (DoJ) obfuscates the email by giving her name as "UNDER AGENCY REVIEW". How can the name be under agency review? More like the attorneys at the DoJ are reviewing whether or not to confirm if they have HOLLANDER's name correct.

Likewise with all the request updates, the DoJ is obfuscating specifics by not including the name of any of the pretending judicial officers. In the case(s) of BREDAR (#7126 and #4809), the pretending chief judge there are two case numbers for his one request. Oddly the DoJ is keeping late hours for the second case #4809, that arrived by email just in time to be included into this joinder.

The results as of 10/7/19 are showing:

# EOUSA-2019-004733 Request Details

○ Submitted  ○ Evaluation  ○ Assignment  ○ Processing  ○ Closed

## Request Information

| | |
|---|---|
| **Full Name** | Under Agency Review |
| **Organization** | Under Agency Review |
| **Fee Category** | TBD |
| **Date Submitted** | 09/24/2019 |
| **Estimated Date of Completion** | |
| **Final Disposition** | Not an Agency Record |

## Description

The description of this request is under agency review.

## Released Records

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|
| | | | | |

No records have been released yet.

Request case #4733 is for the violator Ellen Lipton HOLLANDER who has signed as a District Court Judge ordering the clerk to file Thomas Edward's evidence repository in the Evidence Dumpster. The Department of Justice has no oath of office for her.



Request index #233 is for the evidence Ellen Lipton HOLLANDER who has signed as a District Court Judge ordering the clerk to file Thomas Edwards's evidence repository in the Evidence Dumpster. The Department of Justice has its cash off office in her.

## DOJ-2019-007126 Request Details

| ○ | ○ | ○ | ○ | ○ |
|---|---|---|---|---|
| Submitted | Evaluation | Assignment | Processing | Closed |

### Request Information

| | |
|---|---|
| **Full Name** | Under Agency Review |
| **Organization** | Under Agency Review |
| **Fee Category** | N/A |
| **Date Submitted** | 09/25/2019 |
| **Estimated Date of Completion** | 10/24/2019 |
| **Final Disposition** | Undetermined |

### Description

The description of this request is under agency review.

### Released Records

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|

No records have been released yet.

The report for Request #7126 is about "Chief Judge" James Kelleher BREDAR and is presumed to have a deviant oath of office. BREDAR utilized the Evidence Dumpster at Docs #8, #16, #19 and #33. Here is the recent last-minute Request Report for BREDAR.

The request for Request #7126 is about "Chief Judge" James Kelcher BREDAR and is presumed to have a devised oath of office. BREDAR suffixed the Evidence Dumpster at Docs #8, #16, #19 and #22. Here is the recent last-minute Request Report for BREDAR

# EOUSA-2019-004809 Request Details

O                O                O                O                O
Submitted      Evaluation      Assignment      Processing      Closed

## Request Information

| | |
|---|---|
| **Full Name** | Under Agency Review |
| **Organization** | Under Agency Review |
| **Fee Category** | TBD |
| **Date Submitted** | 09/30/2019 |
| **Estimated Date of Completion** | |
| **Final Disposition** | Undetermined |

## Description

The description of this request is under agency review.

## Released Records

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|
| | No records have been released yet. | | | |

This behavior, two FOIA request cases, comes off nervous and fragmented. As though the Department of Justice is confused about showing the Chief Judge's oath of office. The abundance of deviant federal oaths predicts clearly that BREDAR is pretending to be a judge.

EOUSA-2018-004309 Request Details

This behavior, two FOIA request cases, comes off as vexing and fragmented. As though the document of Justice is confused about showing the Chief Judge's oath of office. The abundance of deviant federal oaths predicts clearly that FRED.GAR is pretending to be a judge.

## EOUSA-2019-004802 Request Details

| ○ | ○ | ○ | ○ | ○ |
|---|---|---|---|---|
| Submitted | Evaluation | Assignment | Processing | Closed |

### Request Information

| | |
|---|---|
| **Full Name** | Under Agency Review |
| **Organization** | Under Agency Review |
| **Fee Category** | Other |
| **Date Submitted** | 09/30/2019 |
| **Estimated Date of Completion** | 10/29/2019 |
| **Final Disposition** | Undetermined |

### Description

The description of this request is under agency review.

### Released Records

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|

No records have been released yet.

The report for FOIA Request #4802 is about Richard D. BENNETT. As demonstrated below global deviation of federal judges abounds in the federal judiciary, so it is presumed that BENNETT is in racketeering with the bond-dodging. Richard BENNETT opened the Evidence Dumpster in 2012. None of these actors have authority to be entering judgments about judicial business. Experience in context of this Albany Remand alone foretells that if the DoJ comes forth with any oaths they will be deviant, altering the final sentence to CAPITONYM.

FOUSA-2018-004802 Request Details



The report for FOIA Request 54802 is about Richard D. BENNETT. As demonstrated below, a small percentage of federal judges account in the federal judiciary, so it is guaranteed that BENNETT is in relationship with the bond-dodging Richard BENNETT opened the evidence [Laminates in 2012]. None of these actors have authority to be entering judgments about judicial business. Examination in context of this Albany Remand alone foretells that if the DoJ comes forth with any crime they will be deviant, securing the final sentence to CAPITOL TRIAL.

Above are four Case Request Number's for three alleged judicial officers. None of whom has any business deciding matters judicial, like with the evidential testimony documents that have been "unfiled" and discarded into the Evidence Dumpster.

The docket report for the Evidence Dumpster is:

## U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:12-mc-00484

In re: Miscellaneous Documents                    Date Filed: 12/10/2012
Assigned to: Judge Maryland Unassigned

**Plaintiff**

**In re: Miscellaneous Documents**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2012 | 1 | ORDER directing Clerk to return unfiled documents to Larry-Dale: Ewing as well as the unprocessed payment in the amount of $46.00.. Signed by Judge Richard D Bennett on 12/12/2012. (Original documents and payment returned 12/14/2012)(ko, Deputy Clerk) (Entered: 12/14/2012) |
| 02/01/2013 | 2 | ORDER directing the Clerk to RETURN as unfiled Jafar Abdul Adl El's document submitted on 1/31/2013. Signed by Chief Judge Deborah K. Chasanow on 1/31/2012. (Original documents returned 2/1/2013 eb) (ebs2, Deputy Clerk) (Entered: 02/01/2013) |
| 02/21/2013 | 3 | Return Pleading Letter returning original documents to Maksym Moyseyev. Signed by Judge George Levi Russell, III on 2/21/2013. (documents returned 2/22/2013)(ko, Deputy Clerk) (Entered: 02/22/2013) |
| 02/26/2013 | 4 | Return Pleading letter returning original documents to Maksym Moyseyev. Signed by Judge George Levi Russell, III on 2/26/2013. (Attachments: # 1 First page of document)(doucments returned 2/28/2013)(ko, Deputy Clerk) (Entered: 02/28/2013) |
| 08/06/2013 | 5 | ORDER directing Clerk to return as unfiled Barry Luke Adoghe's document submitted on July 31, 2013. Signed by Judge J. Frederick Motz on 8/6/2013. (c/m 8/6/2013 Document returned along with copy of order)(ko, Deputy Clerk) (Entered: 08/06/2013) |
| 12/22/2014 | 6 | ORDER returning unfiled document submitted by Cynthia Lorraine Anderson on 12/22/2014. Signed by Judge George Jarrod Hazel on 12/22/2014. (Attachments: # 1 1st page of Returned Document)(aos, Deputy Clerk) |

Above are four Case Request Numbers for three alleged judicial officers. None of whom has any business deciding matters judicial, like with the evidential testimony documents that have been "unfiled" and discarded into the Evidence Dumpster.

The docket report for the Evidence Dumpster is:

U.S. District Court
District of Maryland (Baltimore)
CIVIL DOCKET FOR CASE #: 1:12-mc-00483

In re: Miscellaneous Documents
Assigned to: Judge Maryland Unassigned

Date Filed: 12/10/2012

Plaintiff

In re: Miscellaneous Documents

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2012 | 1 | ORDER directing Clerk to return unfiled documents to Larry-Dale: Keith as well as the unprocessed payment in the amount of $46.00. Signed by Judge Richard D Bennett on 12/12/2012. (Original documentation and payment returned 12/20/12)(kls, Deputy Clerk) (Entered: 12/18/2012) |
| 02/01/2013 | 2 | ORDER directing the Clerk to RETURN as unfiled [illegible] document submitted on 1/31/2013. Signed by Chief Judge Deborah K Chasanow on 1/31/2012. (Original document(s) returned 2/1/2013) (bb) (ebs2, Deputy Clerk) (Entered: 02/01/2013) |
| 02/22/2013 | 3 | Return Pleading Letter returning original documents to Malcolm-Alonzo: Key. Signed by Judge George Levi Russell, III on 2/22/2013. (documents returned 2/22/2013)(kbc, Deputy Clerk) (Entered: 02/22/2013) |
| 02/28/2013 | 4 | Return Pleading letter returning original documents to Malcolm-Alonzo: Key. Signed by Judge George Levi Russell, III on 2/26/2013. (Attachments: # 1 1st page of document)(documents returned 02/28/2013)(kbc, Deputy Clerk) (Entered: 02/28/2013) |
| 08/06/2013 | 5 | ORDER directing Clerk to return as unfiled [illegible] document submitted on July 31, 2013. Signed by Judge J. Frederick Motz on 8/6/2013. (Copy 8/6/2013 Document returned along with copy of order)([illegible], Deputy Clerk) (Entered: 08/06/2013) |
| 12/22/2014 | 6 | ORDER returning unfiled document submitted by Cynthia Lorraine: Anderson on 12/22/2014. Signed by Judge George Jarrod Hazel on 12/22/2014. (Attachments: # 1 1st page of Returned Document)([illegible], Deputy Clerk) |

| | | |
|---|---|---|
| | | (Entered: 12/22/2014) |
| 02/02/2015 | 7 | ORDER returning unfiled document submitted by Gregory VD Smith, SR. on 2/2/2015. Signed by Judge Peter J. Messitte on 2/2/2015. (Attachments: # 1 1st page of returned document)(c/m 2/2/2015 aos, Deputy Clerk) (Entered: 02/02/2015) |
| 02/09/2015 | 8 | ORDER directing Clerk to return unfiled document by Patricia Hall. Signed by Judge James K. Bredar on 2/9/2015. (Attachments: # 1 First page of document) (c/m order & original document to Patricia Hall 2/10/2015)(ko, Deputy Clerk) (Entered: 02/10/2015) |
| 03/04/2015 | 9 | ORDER returning unfiled document (no payment was accepted by the Clerk) submitted by Khaliq Shariyf Amun on 3/3/2015. Signed by Judge Deborah K. Chasanow on 3/4/2015. (Attachments: # 1 first page of returned document)(kns, Deputy Clerk)(c/m w/original document 3/4/15) (Entered: 03/04/2015) |
| 01/21/2016 | 10 | ORDER returning unfiled document (no payment was accepted by the Clerk) submitted by Renee Williams EL. Signed by Chief Judge Catherine C. Blake on 1/21/2016. (Attachments: # 1 First page of returned document)(original documents returned with copy of order 1/21/2016)(ko, Deputy Clerk) (Entered: 01/21/2016) |
| 05/03/2016 | 11 | ORDER returning unfiled document (no payment was accepted by the Clerk) submitted by Jeremy Clark. Signed by Judge Roger W Titus on 5/3/2016. (Attachments: # 1 First Page of Returned Document)(copy Hand Delivered to Filer 05/03/2016 bus, Deputy Clerk) (Entered: 05/03/2016) |
| 12/29/2016 | 12 | ORDER returning unfiled document submitted by Artez Rashad Womack on 12/29/2016. Signed by Judge Peter J. Messitte on 12/29/2016. (Attachments: # 1 1st page of returned document)(aos, Deputy Clerk) (Entered: 12/29/2016) |
| 05/22/2017 | 13 | ORDER returning unfiled document to Mr. Anthony Derrell Barfield. Signed by Chief Judge Catherine C. Blake on 5/22/2017. (Attachments: # 1 First page of returned document)(ko, Deputy Clerk) (Entered: 05/22/2017) |
| 08/15/2017 | 14 | ORDER returning unfiled documents to Nicholas Hampton. Signed by Judge George Levi Russell, III on 8/15/2017. (Attachments: # 1 First page of returned document)(Check for $47.00 also returned)(ko, Deputy Clerk) (Entered: 08/15/2017) |
| 09/21/2017 | 15 | ORDER returning unfiled document submitted by Nicholas Hampton on 9/15/2017. Signed by Judge Theodore D. Chuang on 9/19/2017. (Attachments: # 1 Returned Document)(kns, Deputy Clerk)(c/m 9/21/17) (Entered: 09/21/2017) |
| 11/03/2017 | 16 | ORDER returning unfiled document to Mr. Nathan Ashley Waters. Signed by Chief Judge James K. Bredar on 11/3/2017. (Attachments: # 1 Returned document)(ko, Deputy Clerk) (Entered: 11/06/2017) |

| | | |
|---|---|---|
| 11/08/2017 | 17 | ORDER returning unfiled document submitted by Melville: Family of Tang How on 11/2/2017. Signed by Judge George Jarrod Hazel on 11/6/2017. (Attachments: # 1 Returned Document)(kns, Deputy Clerk)(c/m 11/8/17) (Entered: 11/08/2017) |
| 12/18/2017 | 18 | ORDER returning unfiled document to Elizabeth Krukova, Es.. Signed by Judge Richard D. Bennett on 12/18/2017. (Attachments: # 1 First page of returned document)(ko, Deputy Clerk) (Entered: 12/19/2017) |
| 03/22/2018 | 19 | RETURN PLEADING ORDER returning unfiled document to Antonio Moultrie Bey. Signed by Chief Judge James K. Bredar on 3/19/2018. (Attachments: # 1 First page of returned document) (c/m 3/22/2018)(ko, Deputy Clerk) (Entered: 03/22/2018) |
| 04/06/2018 | 20 | ORDER ORDER returning unfiled document to Eric Cade. Signed by Judge George Jarrod Hazel on 4/6/2018. (Attachments: # 1 First page of returned document)(c/m 04/09/2018 - jf3s, Deputy Clerk) (Entered: 04/09/2018) |
| 04/19/2018 | 21 | ORDER returning unfiled document to Nicholas Clifford Hampton. Signed by Judge Paul W. Grimm on 4/18/2018. (Attachments: # 1 first page of returned document)(kns, Deputy Clerk)(c/m 4/19/18) (Entered: 04/19/2018) |
| 05/16/2018 | 22 | ORDER returning unfiled document to Nicholas Clifford Hampton. Signed by Judge Theodore D. Chuang on 5/16/2018. (Attachments: # 1 First Page of Returned Mail)(c/m 05/17/2018 - jf3s, Deputy Clerk) (Entered: 05/17/2018) |
| 06/12/2018 | 23 | ORDER returning unfiled document to Jane Telesia Colahar. Signed by Judge George Jarrod Hazel on 6/12/2018. (Attachments: # 1 First Page of Returned Mail)(c/m 06/13/2018 - jf3s, Deputy Clerk) (Entered: 06/13/2018) |
| 06/18/2018 | 24 | ORDER returning unfiled document to Nicholas Hampton. Signed by Judge George Jarrod Hazel on 6/15/2018. (Attachments: # 1 First Page of Returned Mail)(c/m 06/19/2018 - jf3s, Deputy Clerk) (Entered: 06/19/2018) |
| 07/11/2018 | 25 | ORDER returning unfiled document to Nicholas Hampton. Signed by Judge Paula Xinis on 7/11/2018. (Attachments: # 1 Returned Document)(jf3s, Deputy Clerk) (Entered: 07/11/2018) |
| 08/09/2018 | 26 | Mail Returned as Undeliverable. Mail sent to Jan'e Colahar. (Attachments: # 1 23 Order) (kns, Deputy Clerk) (Entered: 08/10/2018) |
| 10/09/2018 | 27 | ORDER returning unfiled document to Abduljalil Ibn-Maryland Ali. Signed by Judge George Jarrod Hazel on 10/4/2018. (Attachments: # 1 Returned Document)(c/m 10/12/2018 - jf3s, Deputy Clerk) (Entered: 10/12/2018) |
| 11/26/2018 | 28 | Mail Returned as Undeliverable. Mail sent to Eric Cade. (Attachments: # 1 Returned Order - ECF No. 201) (rss, Deputy Clerk) (Entered: 11/28/2018) |
| 02/14/2019 | 29 | ORDER returning unfiled document to Anne L. Ayers. Signed by Judge Theodore D. Chuang on 2/7/2019. (Attachments: # 1 first page of returned document)(kns, Deputy Clerk)(c/m 2/15/19) (Entered: 02/15/2019) |

| | | |
|---|---|---|
| 03/21/2019 | 30 | ORDER returning unfiled document to Clinton A. Jackson. Signed by Judge Theodore D. Chuang on 3/21/2019. (kns, Deputy Clerk)(c/m 3/21/19) (Additional attachment(s) added on 3/21/2019: # 1 first page of returned document) (kns, Deputy Clerk). (Entered: 03/21/2019) |
| 04/02/2019 | 31 | ORDER returning unfiled document to Monica Patricia McGinley. Signed by Judge Paul W. Grimm on 4/2/2019. (kns, Deputy Clerk)(c/m 4/2/19) (Additional attachment(s) added on 4/2/2019: # 1 first page of returned document) (kns, Deputy Clerk). (Entered: 04/02/2019) |
| 05/08/2019 | 32 | ORDER returning unfiled document to Kevin Paul Woodruff aka Wanag Tahatan Bey. Signed by Judge Catherine C. Blake on 5/8/2019. (Attachments: # 1 First Page of Returned Document)(ko, Deputy Clerk) (Entered: 05/08/2019) |
| 07/18/2019 | 33 | ORDER returning unfiled document to Lester -Everett of the Clan of Lyles. Signed by Chief Judge James K. Bredar on 7/17/2019. (Attachments: # 1 First Page of Returned Document)(ko, Deputy Clerk) (Entered: 07/18/2019) |
| 08/30/2019 | 34 | ORDER returning unfiled document to Karen Wellon McBrien. Signed by Judge Catherine C. Blake on 8/29/2019. (Attachments: # 1 First Page of Returned Document)(ko, Deputy Clerk) (Entered: 08/30/2019) |
| 09/04/2019 | 35 | ORDER returning unfiled documents to Karen Welton. Signed by Judge Ellen L. Hollander on 9/3/2019. (Attachments: # 1 First Page of Returned Document)(c/m 9/4/2019)(ko, Deputy Clerk) (Entered: 09/04/2019) |
| 09/05/2019 | 36 | ORDER returning unfiled document to Thomas Edward. Signed by Judge Ellen L. Hollander on 9/5/2019. (Attachments: # 1 First Page of Returned Document)(ko, Deputy Clerk) (Entered: 09/05/2019) |
| 09/05/2019 | 37 | ORDER returning unfiled document to Karen Welton McBrien. Signed by Judge Ellen L. Hollander on 9/5/2019. (Attachments: # 1 First Page of Returned Document)(c/m 9/6/2019)(ko, Deputy Clerk) (Entered: 09/06/2019) |
| 09/13/2019 | 38 | Mail Returned as Undeliverable. Mail sent to Karen Wellon McBrien (Attachments: # 1 Order) (ol, Deputy Clerk) (Entered: 09/13/2019) |

The appropriate settlements, garnishments and cessations of billings and other harassments are in order. The citation of claims are recited again at the end of this Document.

When heritage and destiny are coherent there is peace. I am confluence between two dynastic bloodlines by PATROON and RENSAELLER and am therefore obligated to the benefit and welfare of the United States. This and all joinders are to regulate the careful release valve systems binding highly compressed information infrastructures (commercial priestcraft/religion)

so to maintain civil infrastructure while the illusion that debt can sustain the basis for currency is dispelled.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

PENDRAGON



TERRITORY
1861

STATE
1876

TRUST
CASTLE
CHURCH
2015
SEAL

State of WA
County Of King

I certify that I know or have satisfactory evidence that
_David Merrill_ is / are the person who
appeared before me, and signed and sworn
on _10/9/19_ (date).
_Thomas W Hardy_                    _5/4/2022_
Signature Notary Public          Commission Expires



so to maintain civil infrastructure while the illusion that debt can sustain the basis for currency is dispelled.

# STATE OF WASHINGTON

DEPARTMENT OF LICENSING – BUSINESS AND PROFESSIONS DIVISION

THIS CERTIFIES THAT THE PERSON OR BUSINESS NAMED BELOW IS AUTHORIZED AS A

NOTARY PUBLIC APPOINTMENT

THOMAS W HARDY

| | |
|---|---|
| 148905 | 05/04/2018 | 05/04/2022 |
| License Number | Issued Date | Expiration Date |

Jay Inslee, Governor

Kim Wyman, Secretary of State

Pat Kohler, Department of Licensing

PL-630-160 (R/3/16)



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                          *

MISCELLANEOUS DOCUMENTS              *          Case No.   1:12-mc-484

                                                *
                                        ******

## ORDER

On September 4, 2019, Thomas Edward submitted a document to the Clerk's Office in order to file a miscellaneous case. Upon further review by the Court, the document does not satisfy the requirements for filing a miscellaneous case in this Court. Specifically, miscellaneous cases are reserved for administrative matters that require and seek resolution through the judicial system. The submitted document requires no judicial resolution and therefore is not appropriate for filing with the Court as a miscellaneous case. Accordingly, it is hereby

ORDERED that the Clerk RETURN as unfiled Thomas Edward's document submitted on September 4, 2019, as well as the unprocessed payment in the amount of $47.00; and it is further

ORDERED that the Clerk shall mail a copy of this Order, along with the unfiled document and payment, to Thomas Edward at 1607 Mandeville Lane, Joppa, MD 21085.

9/5/19
_____
Date

_____
Ellen L. Hollander
United States District Judge

Evidence



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                        *

MISCELLANEOUS DOCUMENTS            *         Case No.   1:12-mc-484

                                              *
                                        ******

### ORDER

On September 4, 2019, Thomas Edward submitted a document to the Clerk's Office in order to file a miscellaneous case. Upon further review by the Court, the document does not satisfy the requirements for filing a miscellaneous case in this Court. Specifically, miscellaneous cases are reserved for administrative matters that require and seek resolution through the judicial system. The submitted document requires no judicial resolution and therefore is not appropriate for filing with the Court as a miscellaneous case. Accordingly, it is hereby

ORDERED that the Clerk RETURN as unfiled Thomas Edward's document submitted on September 4, 2019, as well as the unprocessed payment in the amount of $47.00; and it is further

ORDERED that the Clerk shall mail a copy of this Order, along with the unfiled document and payment, to Thomas Edward at 1607 Mandeville Lane, Joppa, MD 21085.

9/5/19
Date

Ellen L. Hollander
United States District Judge

Ellen Lipton HOLLANDER has no oath of office and is therefore not a US District Judge. She has no business addressing judicial business and rendering judgment about what is judicial business.

| United States District Court for the District of Maryland 101 W Lombard St, Baltimore, MD 21201 | |
|---|---|
| *On and for the behalf of the* UNITED STATES | FILED LODGED ENTERED RECEIVED SEP 2019 CLERK AT DISTRICT COURT DISTRICT OF MARYLAND BY DEPUTY |
| Thomas Edward v Steven Terner MNUCHIN | |
| **Certificate of Exigent Circumstances Rule C(3)(a)(ii)(B)** | |

*No!*

Dear Clerk;

Please file this refusal for cause in the case jacket of a miscellaneous case file, in anticipation of garnishment by Rule C(1)(a), on principal and agents. Funds have been diverted and court review is impracticable. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion. All transactions are lawful money by demand and the Pay to, lawful money USPS money order is enclosed for $47.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail, as indicated, back to the presenter within a few days of presentment.

DEMAND IS MADE for Lawful Money
per 12 USC 411      *Thomas Edward*

Thomas Edward
1607 Mandeville Lane
Joppa, Maryland. [21085]

Christine DAVIS                 Registered Mail # 9590 9402 1961 6123 3535 49
IRS Campus or State Department of Revenue
P.O. Box 24015 Stop 81304
Fresno, California. [93779-4015]

Steven Terner MNUCHIN          Registered Mail # 9590 9402 1961 6123 3535 63
1500 Pennsylvania Avenue NW
Washington DC 20220

The crimes of evidence and witness tampering are actually being committed by the clerk of court, Felicia C. CANNON. It is presumed that she is suppressed into believing that the "judges" are in authority over her filing duties. Her "unfiling" the document is rejected.

no!
















RE 285 186 989 US
To: National Judicial Council
Dragon Court as AGENT





MAXIMUM VALUE ONE THOUSAND DOLLARS

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

FOR DEPOSIT ONLY
U.S. DISTRICT COURT

ENDORSEMENT SIGNATURE

CASTLE
CHURCH
2015
SEAL

TRUST

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.
NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS







Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

MAXIMUM VALUE ONE THOUSAND DOLLARS

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

ENDORSEMENT SIGNATURE

FOR DEPOSIT ONLY
U.S. DISTRICT COURT
XXXX-XXXX-4637

TRUST
CASTLE
CHURCH
2015
SEAL

WARNING—CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.
NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS




**Addresses**


The Albany USDC address is at the top of the header.

Steven Terner MNUCHIN                                          RE 285 186 992 US
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220


National Judicial Council          $21 cash          RE 285 186 989 US
16 Szalay utca, H-1055
Pf. (PO Box) 24. H-1363
Budapest, Hungary.

General Counsel - Administrative Office of the US Courts
One Columbus Circle, NE; Room 5-300 Billing
city of Washington, District of Columbia. 20544          RE 285 186 975 US

Rectified Scottish Rite Freemasonry                    Registered Mail #
The Supreme Council, 33°, SJ, USA                      RE 285 186 961 US
1733 16th St. NW
Washington, DC 20009–3103

Hungarian Honorary Consulate in Liverpool, United Kingdom
Attn: ZSIGMOND/HOGELAND
43 Rodney Street                                       International Mail
Liverpool L1 9EW                              RE 285 186 958 US
United Kingdom

United Nations Secretary General Antonio GUTERRES      Registered Mail #
1 United Nations Plaza
New York, New York. 10017                              RE 285 186 944 US

Club de Paris - IMF                                    International Mail
139, rue de Bercy -
75572 Paris Cedex 12, France                           RE 285 186 935 US



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

August 12, 2019

Louis Colon
106 Craske St.
Woodbridge, NJ 07095
Lcolon17@comcast.net

Re:  DOJ-2019-005916
     DRH VAV MEC

Dear Luis Colon:

This responds to your Freedom of Information Act (FOIA) request received in this Office on July 16, 2019, in which you requested the Oath of Office and Appointment affidavit for United States Magistrate Judge Daniel J. Stewart.

Please be advised that the Office of Legal Policy (OLP), for which this Office processes FOIA requests, maintains records pertaining to all sitting federal judges, except magistrate, bankruptcy, Tax Court, Veterans Appeals Court, and military Court of Appeals judges.  For your information, records relating to all federal judges, including Magistrate Judge Daniel J. Stewart, are maintained by the Administrative Office of the United States Courts (AOUSC).  As the AOUSC is an entity within the judicial branch, it is not subject to the FOIA. Although the policy of the AOUSC is not to release documents to the public, should you wish to contact that entity its address follows:

> Judges Compensation and Retirement Services Office
> Administrative Office of the United States Courts
> One Columbus Circle, NE
> Washington, DC 20544

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552 (2012 & Supp. V 2017).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001; telephone at 202-514-3642, or facsimile at 202-514-1009.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601



-2-

Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal at https://foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

Both suitors have been following up with the Administrative Office of the United States Courts and one reply has been received, and an identical reply is expected soon.



JAMES C. DUFF
Director

LEE ANN BENNETT
Deputy Director

**ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS**

WASHINGTON, D.C. 20544

JAMES R. BAGGISH
Associate Director
Department of Administrative Services

CYNTHIA A. ROSS
Chief Human Resources Officer
Human Resources Office

August 29, 2019

Mr. Luis Alberto Colón

Dear Mr. Colón:

This is in response to your request for a copy of the oath of office form for the Honorable Daniel J. Stewart.  The Administrative Office of the United States Courts does not provide copies of a judge's signed oath of office.  However, this letter will confirm that Daniel J. Stewart has been appointed as a judge of the Northern District of New York and took the oath of office prescribed by law as noted below.  The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331.  Please also note that United States Judges are not issued bonds.

Name and Title                              Oath of Office Date

Daniel J. Stewart                            September 28, 2015
Magistrate Judge

Thank you for your inquiry.

Sincerely,

Judges Compensation and
Retirement Division

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

This means that it is nearly impossible for people to actually read Daniel J. STEWART's oath for the deviant SO HELP ME GOD encryption. And since it was likely more trouble to be evasive the presumption that STEWART's fungible fidelity bond is bogus is a reasonable presumption. This is mentioned in support of this Doc as Certificate of Exigent Circumstances and that judicial review is impracticable - therefore the clerk of the appeals court shall issue garnishment and lien process ordering immediate collections of these claims, through the US





**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

Re:    Appeal No. DOJ-AP-2018-005543
          Request No. DOJ-2018-003795
          CDT:MTC

**VIA: U.S. Mail**

Dear Mr.    :

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of Legal Policy, to respond to your Freedom of Information Act request for access to records concerning Supreme Court Justice John Roberts.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2017). As no adverse determination has yet been made by the IR Staff, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the IR Staff and has been advised that your request is being processed. If you are dissatisfied with the IR Staff's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to the IR Staff. You should contact the IR Staff's Requester Service Center at 202-514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

6/19/2018

X ⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: OIP



Revised June 1985
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS



COPY

No OMB #!

| U.S. District Judge | | August 2, 1996 |
| --- | --- | --- |
| *(Position in which appointed)* | | *(Date of appointment)* |

| Judiciary | No. District of NY | Albany, New York |
| --- | --- | --- |
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, **LAWRENCE E. KAHN** , do solemnly swear (or affirm) that—

### A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

### B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

### C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 2nd day of August , 19 96 ,

at Albany New York
*(City)* *(State)*

[SEAL]

*(Signature of officer)*
Albany Division Manager
*(Title)*

Commission expires
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God." in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015          GPO : 1993 O - 353-835          Prior Edition Usable

No. OMB #11!

COPY

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... LAWRENCE E. KAHN .......... do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .......... U. S. District Court Judge .......... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

Subscribed and sworn to (or affirmed) before me this .2nd.......................... day

of .... August .......................... 19 96...

FOIA Exemption 6

Actual abode .......... NY ..........

James K. Waggener, Division Manager

Official station* Albany, NY ..........

Date of birth . .... 37 . FOIA Exemption 6

Date of entry on duty .Aug. 2, 1996 .

*Title 28, sec. 456 United States Code, as amended.

Here is a summary of claims:

COPY

OATH OF OFFICE FOR UNITED STATES JUDGES

*The amount now due may be calculated within the Albany Remand by claim forms. "Pay to: David Merrill or David Merrill VAN PELT" by Treasury Check for $20,000,000.00 sent to David Merrill c/o UPS Store #6046, 720 N 10th St; STE A, Renton, Washington. 98057 and:*

1. *Longino Idrogo Doc 1, Page 23*
2. *Troy Lee Doc 1, Page 35*
3. *Craig Steven Doc 1, Page 39*
4. *Kevin Brian Doc 1, Page 54*
5. *Karl Nelson Doc 1, Page 65*
6. *Mark Christopher Doc 1, Page 73*
7. *Denise Elizabeth Doc 1, Page 75*
8. *Michael Holman Doc 1, Page 81*
9. *Christopher Jonathan Doc 4, Page 1*
10. *Scott Robert Doc 6, Page 2*
11. *Rickie Eugene Doc 11, Page 1*
12. *Luis Alberto Doc 12, Page 23*
13. *John-Paul Albano Doc 18, Page 4*
14. *Patrick Neill Doc 30, Page 13*
15. *Amanda Joy Doc 33, Page 8*
16. *Michael Paul Doc 38, Page 4*
17. *Steven Walter Doc 51, Page 11*
18. *Kelly Lynn Doc 68, Page 6*
19. *Leith Suzanne Doc 82, Page 9*



The UPS Store - #6046
720 N 10th Street
A
Renton, WA 98057
(425) 235-7447

10/09/19  11:15 AM

We are the one stop for all your
shipping, postal and business needs.

Google "6046"

001 000001 (003)            T1 $    3.75
    Copies          QTY 25
    Reg Unit Price      $   0.15
002 000003 (011)            T0 $   10.00
    Notary

                SubTotal  $   13.75
         Sales Tax (T1)  $    0.38
                   Total  $   14.13

                US DEBIT  $   14.13
                ************7884
ACCOUNT NUMBER *

Verified By PIN

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000980840
TVR: 8080048000
TSI: 6800
AC: 64F918CA579D5F3C
ARC: 00

Receipt ID 82180152622344888372 026 Items
CSH: Thomas        Tran: 2177 Reg: 002

             Sale

                ************7884

Debit Entry Method: EMV

Trace:            Appr Code:023096
Retrieval #:MR0431792281      Batch #:

Amount                    $   14.13
                          ==========
Merchant Total            $   14.13

             Approved

Thank you for supporting a local Business.
      Please come back again soon.

   Whatever your business and personal