

United States District Court for the
District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

Garnishments in USDC DC
*On and for the behalf of the*
UNITED STATES

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 3 0 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

[18-mc-7 *In re: David Merrill*]

Doc 12, Page 23 of 29

**REFUSAL FOR CAUSE**

     **COMES NOW**, Terecita of the family COLON and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa. The Original Refusal for Cause is served on the Dragon Court.

     Dear Clerk of Court;

     Please file and publish this information. Presentment (IRS  LTR 3176C)      properly Refused for Cause timely.

     Garnishments upon US Treasury develop waiver of tort upon criminal syndicalism and racketeering .

     All administrative remedy has been exhausted.

_____
Co-Trustee of the Resulting Trust

_____
Witness

_____
Witness



 **IRS** Department of the Treasury
Internal Revenue Service
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

TERECITA COLON

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

*REFUSED FOR CAUSE* (handwritten overlay)

---

The IRS address must appear in the window.          Use for payments
                                 1486988381
    BODCD-WI                                         Letter Number: LTR3176C
                                                     Letter Date  : 2019-10-08
                                                     Tax Period   : 201812

*REFUSED FOR CAUSE* (handwritten overlay)

                                                     *  700*

                                                     TERECITA COLON

    INTERNAL REVENUE SERVICE
    Frivolous Return Prog., Stop 4450
    OGDEN  UT  84201-0059

    700 SS COLO 30 0 201812 670 00000000000

REFUSED
FOR
CAUSE

IRS Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN   UT   84201-0059

In reply refer to:  1486988381
Oct. 08, 2019  LTR 3176C      0
                700  201812 30
Input Op:  1486988381 00013546
                           BODC: WI

TERECITA COLON

Taxpayer identification number:        700
                              Form:   1040
                       Tax periods:   Dec. 31, 2018

Employee identification number:
         Contact telephone number:   866-883-0235
              Contact fax number:    855-246-4886

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed one or more frivolous positions or reflected a desire to delay
or impede administration of the tax laws. If you don't immediately
correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax
Submissions, we determined the information you filed as a purported
tax return, on Mar. 28, 2019 is frivolous and there is no basis in the
law for your position.

Federal courts, including the Supreme Court of the United States, have
considered positions like yours and repeatedly rejected them as
without merit. Publication 2105, Why do I have to Pay Taxes?, includes
examples of frivolous positions and arguments regarding the U.S. tax
system under the heading "Don't Fall for These Arguments." Notice
2010-33 provides detailed information on positions identified as
frivolous under Section 6702.

You included a position that has no basis in the law. You're
attempting to avoid or reduce tax liabilities or to secure a refund
that you're not entitled to.

To avoid this penalty, submit a signed request to withdraw your
purported returns for each taxable period listed at the top of this
letter within 30 days from the date of this letter. Once you withdraw
your purported returns, we will disregard the previous documents you
filed and we will not assess the frivolous tax return penalty for each
period for which the purported returns were withdrawn.

If you have questions or concerns regarding the information requested
or response timeframes, please contact the number listed at the top of

1486988381
Oct. 08, 2019   LTR 3176C   0
700  201812 30
Input Op:   1486988381 00013547

TERECITA COLON

the letter.

Attach this letter to your response and mail it to the return address
at the top of this letter.

IF YOU DO NOT WITHDRAW YOUR RETURNS

If you don't withdraw your returns within 30 days from the date of
this letter, or if you submit additional documents asserting a
frivolous position, we will assess the $5,000 penalty for each
purported tax return containing a frivolous position and send you a
bill. If you filed a joint frivolous return, both you and your spouse
will be assessed a $5,000 penalty. Internal Revenue Code Section 6702
provides us the authority to assess this penalty. We won't respond to
any future correspondence asserting any frivolous position.

ADDITIONAL INFORMATION
For more information on positions identified as frivolous under
Section 6702 see: www.irs.gov/notice201033. If you don't have a
computer, consult a law library to access Notice 2010-33 in the
Internal Revenue Bulletin (I.R.B.). You can find additional
information in a publication titled "The Truth About Frivolous
Arguments" available on-line only at www.irs.gov/frivolous.

See Publication 2105 for basic information about the tax system. We
also encourage you to seek advice from a competent tax professional or
a tax attorney qualified to practice in your state.

If you need forms, schedules, or publications, you can get them by
visiting www.irs.gov/forms-pubs or by calling 800-TAX-FORM
(800-829-3676).

We enclosed a copy of this letter for your records and an envelope
for your convenience.

f you have additional questions, you can call us at 866-883-0235,
onday through Friday 7:00 am to 3:30 p.m. MST.

```
                                                1486988381
                              Oct. 08, 2019  LTR 3176C    0
                                     700   201812 30
                              Input Op:  1486988381 00013548
```

TERECITA COLON


Sincerely yours,

Carl W. Horn II, Director
Return Integrity Verification Ops

Enclosures:
Copy of this letter
Envelope
Publication 1

REFUSED FOR CAUSE

REFUSED FOR CAUSE

NO OMB #



COPY

# APPOINTMENT AFFIDAVITS

REFUSAL FOR CAUSE

| U.S. District Judge | August 2, 1996 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |
| Judiciary | No. District of NY | Albany, New York |
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, **LAWRENCE E. KAHN**, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 2nd day of August , 19 96 ,

at Albany *(City)* New York *(State)*

[SEAL]

*(Signature of officer)*

Albany Division Manager *(Title)*

Commission expires ____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.



COPY

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... LAWRENCE E. KAHN .......... do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ...... U. S. District Court Judge ...... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

Subscribed and sworn to (or affirmed) before me this .2nd........................... day of ...... August .............................. 19 96...

Actual abode ........ [FOIA Exemption 6] ...NY........    James D. Waggener, Division Manager

Official station* Albany, NY...............

Date of birth ......37..[FOIA Exemption 6]

Date of entry on duty ..Aug. 2, 1996...

*Title 28, sec. 456 United States Code, as amended.



NO OMB #

# APPOINTMENT AFFIDAVITS

REFUSAL TO FILE CHASE

United States District Judge, Northern District of New York
(Position to which Appointed)

8/29/2008
(Date Appointed)

United States District Court
(Department or Agency)

New York, Northern District
(Bureau or Division)

Syracuse, New York
(Place of Employment)

I, Glenn T. Suddaby _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 5th day of ___September___ , 2 008

at ___Syracuse___
(City)

New York
(State)

(SEAL)

_____
(Signature of Officer)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Judge
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Glenn T. Suddaby, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Northern District of New York under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___5th___ day

of ___September, 2008___.

_____
Chief Judge, NDNY

FOIA Exemption 6

Actual abode:                                                    NY

Official station*        James T. Hanley Federal Bldg
                         P.O. Box 7376, 100 S. Clinton St. Syracuse, NY 13261
                                                                        7376

Date of birth            _____ 1956  FOIA Exemption 6

Date of Entry on Duty    September 5, 2008

_____
* Title 28, sec. 456 United States Code as amended.

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

Associate Justice of the Supreme Court

Witnessed by Anthony McLeod KENNEDY.



**U.S. Department of Justice**
Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

*Telephone: (202) 514-3642*

Mr. Longino Mingo

Re:   Appeal No. DOJ-AP-2018-003541
Request No. DOJ-2018-003795
CUU/MTC

**VIA: U.S. Mail**

Dear Mr. Mingo:

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of Legal Policy, to respond to your Freedom of Information Act request for access to records concerning Supreme Court Justice John Roberts.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2017). As no adverse determination has yet been made by the IR Staff, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the IR Staff and has been advised that your request is being processed. If you are dissatisfied with the IR Staff's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to the IR Staff. You should contact the IR Staff's Requester Service Center at 202-514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X _____
Christina D. Troiani, Associate Chief for
Inter-Circuit Court Administrative Appeals Staff
*Signed by: CTP*

It looks like the "real" Department of Justice is blaming the default on the *Initial Response* Staff?



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

Telephone: (202) 514-3642

April 22, 2019



Re:   DOJ-2019-002503
DRH:VAV:SBT

Dear

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on February 22, 2019, for the Appointment Affidavits and Oath of Office for former Supreme Court Justice Anthony M. Kennedy.

Please be advised that a search has been conducted in the Office of Legal Policy (OLP), and no records responsive to your request were located.  For your information, while we did not locate the documents you requested, this does not mean that the documents do not exist, nor does it mean that Justice Kennedy was not duly authorized.  The Department of Justice is not the official repository for this type of record; therefore, not all documents are forwarded to OLP for inclusion in its files.  Please be advised that OLP, for which this Office processes FOIA requests, maintains records pertaining to all sitting federal judges, except magistrate, bankruptcy, Tax Court, Veterans Appeals Court and military Court of Appeals judges.  Records relating to all federal judges are maintained by the Administrative Office of the United States Courts (AOUSC).  As the AOUSC is an entity within the judicial branch, it is not subject to the FOIA.  Although the policy of the AOUSC is not to release documents to the public, should you wish to contact the entity, its address as follows:

> Judges Compensation and Retirement Services Office
> Administrative Office of the United States Courts
> One Columbus Circle, NE
> Washington, DC  20544

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. 552(c) (2012 & Supp. V 2017).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Douglas Hibbard, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001; telephone at 202-514-3642; or facsimile at 202-514-1009.

-2-

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal at https://foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

The Department of Justice refuses to provide the oath of office for Mr. KENNEDY and therefore it does not exist. If the witness is not bound then the oath of Mr. Brett Michael KAVANAUGH is worthless and his office is vacant.



Commission and Inauguration



Cancelled Pursuant to Law!



:See-other-side.

## Mailing Addresses

United States District Court for the Dist. of New York - Albany    Cert. Mail #7016 3010 0000 5496 4257
James T. Foley U.S. Courthouse
445 Broadway, Suite 509         7016 3010 0000 5496 4257
Albany, NY 12207

Department of the Treasury            Cert. Mail #7016 3010 0000 5496 4240
Internal Revenue Service
Frivolous Return Prog., Stop 4450      7016 3010 0000 5496 4240
OGDEN, UT 84201-0059

General Counsel - Administrative Office of the US Courts
One Columbus Circle, NE; Room 5-300 Billing
city of Washington, District of Columbia. 20544

Hungarian Honorary Consulate in Liverpool, United Kingdom
Attn: ZSIGMOND/HOGELAND
43 Rodney Street                International Mail
Liverpool L1 9EW
United Kingdom

Club de Paris - IMF                International Mail
139, rue de Bercy -
75572 Paris Cedex 12, France

National Judicial Council       $21 cash      International Mail
16 Szalay utca, H-1055
Pf. (PO Box) 24. H-1363
Budapest, Hungary.

Rectified Scottish Rite Freemasonry        Registered Mail # RE 129 748 217 US
The Supreme Council, 33°, SJ, USA
1733 16th St. NW                RE 129 748 217 US
Washington, DC 20009–3103

United Nations Secretary General Antonio GUTERRES    Registered Mail # RE 129 748 203 US
1 United Nations Plaza
New York, New York. 10017             RE 129 748 203 US

```
**********************************************
                   AVENEL
             1065 RAHWAY AVE
           AVENEL, NJ 07001-9998
                 330360-0431
                (800)275-8777
            10/28/2019 10:06 AM
----------------------------------------------
**********************************************
----------------------------------------------
Product              Qty   Unit      Price
                           Price
----------------------------------------------
First-Class Mail®     1    $1.30     $1.30
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20009)
    (Weight:0 Lb 2.60 Oz)
    (Estimated Delivery Date)
    (Wednesday 10/30/2019)
Registered                           $12.40
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RE129748217US)
First-Class Mail®     1    $1.30     $1.30
Large Envelope
    (Domestic)
    (NEW YORK, NY  10017)
    (Weight:0 Lb 2.40 Oz)
    (Estimated Delivery Date)
    (Wednesday 10/30/2019)
Registered                           $12.40
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RE129748203US)
First-Class Intl      1    $4.16     $4.16
Large Envelope
    (International)
    (Hungary)
    (Weight:0 Lb 2.50 Oz)
----------------------------------------------
Total:                               $31.56
----------------------------------------------

Debit Card Remit'd                   $31.56
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX6752)
    (Approval #)
    (Transaction #:579)
    (Receipt #:027566)
    (Debit Card Purchase:$31.56)
    (Cash Back:$0.00)
    (AID:A0000000042203        Chip)
    (AL:Debit)
    (PIN:Verified              Debit)
----------------------------------------------

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Due to the security of Registered
Mail, an additional 3-10 delivery days
should be added to the expected
delivery date provided.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

             Preview your Mail
             Track your Packages
            Sign up for FREE @
           www.informeddelivery.com

Please visit
```

MR & MRS L COLON House
C/o 106 CRASKE ST
WOODBRIDGE, NJ [07095]
NON - DOMESTIC, 12, PEREMPT.

122078294B C012

CERTIFIED MAIL

7016 3010 0000 5496 4257

United States District Court for the
District of New York - Albany
James T. Foley U.S. Courthouse
Suite 509; 445 Broadway
Albany, NY 12207

U.S. POSTAGE PAID
AVENEL, NY
OCT 28, 19
AMOUNT

1000
12207
R2306K135315-09
$4.65

RECEIVED
OCT 3 0 2019
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

