1: 18mc 7



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 16 2020
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Merrill
720 N. 10th St.
STE A
Renton, WA 98057

9590 9402 4799 8344 1844 96

2. Article Number (Transfer from service label)
7018 2290 0000 9222 3762

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
PAULA VOLTOR           3/09/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt